IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00425-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

TINA M. PETERS,

    Applicant,

v.

JOHN FEYEN, in his official capacity as Sheriff of Larimer County, Colorado, and PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

---

## ORDER OF RECUSAL

---

Section 455(a), 28 U.S.C., requires that a judge disqualify or recuse himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. *United States v. Gigax*, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances." *Id.*; *Webbe v. McGhie Land Title Co.*, 549 F.2d 1358, 1361 (10th Cir. 1977).

After reviewing the case file, I conclude that I should recuse myself from further service in this case. Accordingly,

IT IS ORDERED that I hereby recuse from any further service in this matter.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause this case to be reassigned to another magistrate judge for review pursuant to D.C.COLO.LCivR 8.1(b).

DATED February 10, 2025.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge