Exhibit 2

## AFFIDAVIT

I, Dennis J. Hoshiko, being first duly sworn upon oath, do hereby state and affirm the following based on my personal observations of Tina Peters since her incarceration on October 3, 2024:

I have had regular professional visits with Tina Peters in my capacity as an ordained minister and volunteer at the Larimer County Jail in Larimer County, Colorado. I have known Tina Peters for several years prior to her incarceration, which allows me a unique perspective on the changes she has undergone.

Since Tina Peters has been incarcerated, I have witnessed a significant decline in her health. The conditions of her confinement appear to have had a profoundly negative impact on her both physically and mentally.

Physical Health:

Weight Loss: I have observed that Tina Peters has undergone extensive weight loss, which is visibly noticeable. She appears much thinner than before her incarceration, suggesting that her physical condition has deteriorated significantly.

Frailty: Accompanying this weight loss, she seems frail, lacking the physical vigor she once had. Her movements are slower, and she seems to lack the energy that was characteristic of her previously.

Skin Condition: Her skin has become pale and gaunt. Additionally, I've noticed red blotches that randomly appear on her skin, which were not present before her incarceration, indicating further deterioration in her physical health.

Cognitive Health:

Cognitive Decline: There has been a clear decline in her cognitive abilities. Specifically, I have noticed:

Word Recall: Her ability to recall words has diminished. Conversations with her often reveal struggles in finding the right words to express her thoughts, leading to noticeable pauses and searches for vocabulary.

Hesitation in Speech: Her speech has become hesitant. Where she once spoke with confidence and fluency, there is now a marked hesitation, suggesting cognitive processing difficulties.

1

# Exhibit 2

Repetitiveness: I have experience with people who have suffered from dementia, and I've observed that she has been displaying a repetitiveness in her behavior, which is an early sign of dementia. This includes repeating the same questions or statements within a short period, which was not part of her behavior prior to incarceration.

These observations lead me to conclude that the environment and conditions of Tina Peters' incarceration have detrimentally affected her overall health. The changes in her physical and cognitive states are substantial and concerning, indicating a need for immediate attention to her health and well-being.

I make this declaration based on my firsthand observations and affirm that the above statements are true to the best of my knowledge.

*[signature]*

Dennis J. Hoshiko
Ordained Minister
527 Grand Estates Drive
Estes Park, CO 80517

## NOTARY ACKNOWLEDGMENT

STATE OF COLORADO,
COUNTY OF _Larimer_ COUNTY,

This Affidavit was acknowledged before me on this 28th day of January, 2025 by Dennis J. Hoshiko, who, being first duly sworn on oath according to law, deposes and says that he has read the foregoing Affidavit subscribed by him, and that the matters stated herein are true to the best of his information, knowledge and belief.

*[signature: Patricia L Brown]*

Notary Public

My commission expires 7/20/27

PATRICIA L BROWN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20114045587
MY COMMISSION EXPIRES JULY 20, 2027

(SEAL)

2