IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00425-STV

TINA M. PETERS,

    Applicant,

v.

JOHN FEYEN, in his official capacity as Sheriff of Larimer County, Colorado; and
PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 3rd day of March, 2025.

    J. BISHOP GREWELL
    Acting United States Attorney


By:    *s/J. Bishop Grewell*
    J. BISHOP GREWELL
    Acting United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Email: bishop.grewell@usdoj.gov
    Attorney for the Government

## **CERTIFICATE OF SERVICE**

   I certify that on this 3rd day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

          By: *s/Mariah Hill*
             MARIAH HILL
             Legal Assistant
             United States Attorney's Office
             1801 California Street, Suite 1600
             Denver, Colorado 80202
             Telephone: 303-454-0100