# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00425-STV

TINA M. PETERS,

    Applicant,

v.

JOHN FEYEN, in his official capacity as Sheriff of Larimer County, Colorado; and
PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

---

## ENTRY OF APPEARANCE OF COUNSEL
---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 3rd day of March, 2025.

    J. BISHOP GREWELL
    Acting United States Attorney

By:    *s/Peter McNeilly*
    PETER MCNEILLY
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Email: peter.mcneilly@usdoj.gov
    Attorney for the Government

**CERTIFICATE OF SERVICE**

   I certify that on this 3rd day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

         By: *s/Mariah Hill*
            MARIAH HILL
            Legal Assistant
            United States Attorney's Office
            1801 California Street, Suite 1600
            Denver, Colorado 80202
            Telephone: 303-454-0100