IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00425-STV

TINA M. PETERS,

    Applicant,

v.

JOHN FEYEN, in his official capacity as Sheriff of Larimer County, Colorado; and
PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

STATEMENT OF INTEREST OF THE UNITED STATES OF AMERICA

    Tina Peters has sought relief in this action through an Application filed pursuant to 28 U.S.C. § 2254. The United States respectfully submits this Statement of Interest pursuant to 28 U.S.C. § 517.[1]

    Ms. Peters is currently incarcerated while pursuing a direct appeal of her underlying nonviolent convictions and combined nine-year sentence. The Application explains that Ms. Peters suffers from serious health issues and that, while incarcerated, her physical and mental health have deteriorated. Reasonable concerns have been raised about various aspects of Ms. Peters' case. These concerns relate to, among other things, the exceptionally lengthy sentence imposed relative to the conduct at issue, the First Amendment implications of the trial court's October 2024 assertions relating to Ms. Peters, and whether Colorado's denial of bail pending

---

[1] Congress has authorized the Attorney General to send "any officer of the Department of Justice . . . to any . . . district in the United States to attend to the interests of the United States in a suit pending in a court of the United States." 28 U.S.C. § 517.

appeal was arbitrary or unreasonable under the Eighth and Fourteenth Amendments such that § 2254 relief is appropriate. Accordingly, the United States respectfully submits that the concerns raised in the Application warrant—at the very least—prompt and careful consideration by this Court (and, at the appropriate time, the Colorado appellate courts).

Parallel to these proceedings and Ms. Peters' direct appeal, the Department of Justice is reviewing cases across the nation for abuses of the criminal justice process. *See Attorney General Memorandum, Restoring the Integrity and Credibility of The Department of Justice* (February 5, 2025). This review will include an evaluation of the State of Colorado's prosecution of Ms. Peters and, in particular, whether the case was "oriented more toward inflicting political pain than toward pursuing actual justice or legitimate governmental objectives." Executive Order 14147, *Ending the Weaponization of The Federal Government* (Jan. 20, 2025).

      Respectfully submitted,

      YAAKOV M. ROTH
      Acting Assistant Attorney General
      Civil Division

      s/J. Bishop Grewell
      ***J. Bishop Grewell***
      Acting United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Email: bishop.grewell@usdoj.gov
      Attorney for the United States

      s/Peter McNeilly
      ***Peter McNeilly***
      Assistant United States Attorney
      United States Attorney's Office

                1801 California Street, Suite 1600  
                Denver, Colorado 80202  
                Telephone: (303) 454-0100  
                Email: peter.mcneilly@usdoj.gov  
                Attorney for the United States

Case No. 1:25-cv-00425-STV   Document 16   filed 03/03/25   USDC Colorado   pg 3 of 4

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

                                                   By:    *s/Mariah Hill*
                                                                  MARIAH HILL
                                                                  Legal Assistant
                                                                  United States Attorney's Office
                                                                  1801 California Street, Suite 1600
                                                                 Denver, Colorado 80202
                                                                 Telephone: 303-454-0100