# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25-cv-00425 STV

**TINA M. PETERS,** Applicant,

      v.

**JOHN FEYEN**, in his official capacity as Sheriff of Larimer County, Colorado, and **PHILIP J. WEISER**, in his official capacity as Attorney General of the State of Colorado, Respondents

___

## APPLICANT'S MOTION FOR LEAVE TO FILE BRIEF ON ISSUES RAISED BY U.S.A. NOTICE OF INTEREST AND RESPONDENT'S MOTION TO STRIKE

___

Applicant Tina Peters, through counsel, moves for leave of Court to file a brief, not to exceed ten pages, plus exhibits, on or before March 26, 2025, on the issues raised by the Statement of Interest, filed by the United States of America, and the Motion to Strike filed by Respondents.

The undersigned has conferred with all counsel and is authorized to state that Respondents take no position on this motion, and the United States of America does not oppose it.

Respectfully Submitted March 14, 2025.

| | |
|---|---|
| Patrick M. McSweeney | *s/ John Case* |
| Robert J. Cynkar | John Case |
| McSweeney, Cynkar & Kachouroff, PLLC | John Case, P.C. |
| 3358 John Hill Tree Road | 6901 S. Pierce St. #340 |
| Powhatan, VA 23139 | Littleton CO 80128 |
| (804) 937-0895 | (303) 667-7407 |
| patrick@mck-lawyers.com | brief@johncaselaw.com |

*Co-counsel for Applicant Tina M. Peters*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on opposing counsel via the email addresses that opposing counsel has registered with the Court's ECF system.

*s/ Linda Good*