IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00425 STV

TINA M. PETERS,
    Applicant,

      v.

JOHN FEYEN, in his official capacity
    as Sheriff of Larimer County, Colorado,
      Respondent,

    and

PHILIP J. WEISER, in his official capacity
    as Attorney General of the State of Colorado,
      Additional Respondent.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The Clerk of Court and all Parties of Record

I hereby certify that I am admitted provisionally to practice in the United States District Court for the District of Colorado, and I appear in this case as counsel for the United States of America.

Dated: March 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*
Civil Division

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice

1

Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

      I certify that on this 14th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                        s/ *Abigail Stout*
                        ABIGAIL STOUT
                        (DC Bar No. 90009415)
                        *Counsel*
                        U.S. Department of Justice
                        Civil Division
                        950 Pennsylvania Avenue, NW
                        Washington, DC 20530
                        Telephone: (202) 514-2000
                        Email: Abigail.Stout@usdoj.gov
                        Attorney for the United States