IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00425-STV

TINA M. PETERS,

    Applicant,

v.

JOHN FEYEN, in his official capacity as Sheriff of Larimer County, Colorado; and
PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

---

## MOTION TO WITHDRAW

---

    The United States of America moves to withdraw J. Bishop Grewell and Peter McNeilly as counsel of record and requests termination of electronic service for them in the above-captioned case. As grounds for this motion, the government states that a conflict may arise for Mr. Grewell and Mr. McNeilly in this case. The office that they currently supervise previously participated alongside and aided the state investigation into Ms. Peters. That investigation is now closed. But any questions into the propriety of that investigation or into DOJ's review of that investigation would create a conflict for them. While they stand by the statement of interest that has been filed in this matter, they ask for leave to withdraw to avoid a conflict arising. Abigail Stout is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

    Dated this 14th day of March 2025.

                                              Respectfully submitted,

J. Bishop Grewell
Acting United States Attorney


By: *s/J. Bishop Grewell*
J. BISHOP GREWELL
Acting United States Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: bishop.grewell@usdoj.gov
Attorney for the United States

By: *s/Peter McNeilly*
PETER MCNEILLY
Assistant United States Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: peter.mcneilly@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

  I hereby certify that on March 14, 2025, I electronically filed the foregoing MOTION TO WITHDRAW with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to all counsel of record.

               *s/ Mariah Hill*
               MARIAH HILL
               Legal Assistant
               United States Attorney's Office
               1801 California St. Suite 1600
               Denver, Colorado 80202
               Telephone: (303) 454-0100