IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00425-STV

TINA M. PETERS,

    Applicant,

v.

JOHN FEYEN, in his official capacity as Sheriff of Larimer County, Colorado, and
PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

## MOTION TO SUBSTITUTE RESPONDENT SHERIFF JOHN FEYEN

Respondents respectfully request that Respondent John Feyen, Sheriff of Larimer County, Colorado ("Respondent Sheriff") be substituted with the Executive Director of the Colorado Department of Corrections, Moses "Andre" Stancil, in his official capacity and, in support, more fully state:

1. Applicant, Tina M. Peters, filed an application for habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of an appeal bond related to her Colorado criminal conviction in Mesa County District Court case no. 2022CR371. ECF No. 1.

2. At the time the application was filed, Applicant was serving the jail component of her sentence in the Larimer County Jail, and Respondent Sheriff was her custodian.

3. Applicant has now completed the jail component of her sentence and has been transferred to the custody of the Colorado Department of Corrections to serve the prison component of her sentence. Therefore, Respondent Sheriff is no longer Applicant's custodian.

4. Because Respondent Sheriff no longer has custody of Applicant, he no longer has the ability to implement any relief this Court could grant in this matter. Instead, Applicant's current custodian is the proper respondent. *See* 28 U.S.C. § 2242 ("the person who has custody over [the applicant]" is the proper respondent); § 2243 ("The writ . . . shall be directed to the person having custody of the person detained.").

5. Applicant's current custodian is the Executive Director of the Colorado Department of Corrections, Moses "Andre" Stancil. *See, e.g., Murphy v. Pakeham*, 923 P.2d 375, 376 (Colo. App. 1996) (noting that a person sentenced to any correctional facility in Colorado is deemed to be in the custody of the executive director of the Colorado Department of Corrections).

6. Undersigned counsel has conferred with opposing counsel John Case and Patrick McSweeney about the requested substitution, and counsel stated that they do not oppose including Moses "Andre" Stancil, in his official capacity as the Executive Director of the Colorado Department of Corrections, as a respondent in this matter.

WHEREFORE, Respondents respectfully request that this Court order the substitution of Respondent Sheriff with Moses "Andre" Stancil, in his official capacity as the Executive Director of the Colorado Department of Corrections.

Respectfully submitted,

PHILIP J. WEISER
Attorney General

*s/ Lisa K. Michaels*
LISA K. MICHAELS, 38949*
Senior Assistant Attorney General
Criminal Appeals Section
Attorneys for Respondents

Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6000
E-Mail: lisa.michaels@coag.gov
*Counsel of Record

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic copy of same to be served on opposing counsel via the email addresses that opposing counsel has registered with the Court's ECF system.

*s/ Lisa K. Michaels*