# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25-cv-00425 STV

**TINA M. PETERS,**

    Applicant,

    v.

**MOSES "ANDRE" STANCIL** in his official capacity as the Executive Director of the Colorado Department of Corrections, and **PHILIP J. WEISER**, in his official capacity as Attorney General of the State of Colorado,

    Respondents
_____

## APPLICANT'S OPPOSED MOTION TO APPEAR REMOTELY AT HEARING APRIL 22, 2025

Tina M. Peters, through counsel, moves this court to allow Applicant to appear remotely at the hearing in this court on April 22, 2025, at 1:45 p.m.

**Certification:** The undersigned conferred with all counsel concerning this motion. The United States of America does not oppose this motion. Respondents oppose this motion.

In support of this Motion, Applicant shows the Court as follows:

1

1. Applicant Tina Peters DOC# 203512 is incarcerated at Denver Women's Correctional Facility located at 3600 Havana St. Denver CO 80239, telephone (303) 371-4804.

2. The Court has implemented technology to allow one or more participants to appear virtually.

3. While the hearing April 22, 2025, will involve legal issues, those issues affect Ms. Peters' liberty interests, and she would like to attend the hearing remotely.

4. It is within the Court's sound discretion whether to allow Applicant to attend remotely by coordinating with the Denver Women's Correctional Facility.

WHEREFORE, Applicant respectfully requests that this Court grant the Motion to Appear Remotely for the hearing April 22, 2025.

Respectfully submitted this 13th day of April, 2025.

| | |
|---|---|
| /s/ *John Case* | Patrick M. McSweeney |
| John Case | Robert J. Cynkar |
| John Case, P.C. | McSweeney, Cynkar & Kachouroff, PLLC |
| 6901 South Pierce St. #340 | 3358 John Tree Hill Road |
| Littleton, CO 80128 | Powhatan, VA 23139 |
| (303) 667-7407 | (804) 937-0895 |
| brief@johncaselaw. | patrick@mck-lawyers.com |

*Co-Counsel for Applicant Tina Peters*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on opposing counsel via the email addresses that opposing counsel has registered with the Court's ECF system.

s/ <em>Linda Good</em>