IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00425-STV

TINA M. PETERS,

    Applicant,

v.

MOSES "ANDRE" STANCIL, in his official capacity Executive Director of the Colorado Department of Corrections, and
PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

### OBJECTION TO APPLICANT'S MOTION TO APPEAR REMOTELY AT APRIL 22, 2025 HEARING

Respondents object to Applicant's motion to appear remotely at the hearing on April 22, 2025, and in support, more fully state:

1. This Court scheduled a hearing on April 22, 2025, to hear argument on Respondent AG's motion to strike the United States' statement of interest. ECF Nos. 18, 31.

2. This Court previously denied Applicant's request to be transported to appear in person at the hearing, ruling that the hearing "is for argument purposes only and the court does not intend to elicit evidence at the hearing." ECF No. 31.

3. Respondents object to Applicant's motion to appear remotely for the same reason this Court denied Applicant's request to appear in person: the purpose of the hearing is for the attorneys in the case to present arguments to the court in support of their briefing on the motion to strike the United States' statement of interest.

4. Applicant's attorneys have filed a response to the statement of interest and motion to strike, ECF No. 26, and will have the opportunity to present argument on Applicant's behalf at the hearing; therefore, her interests will be adequately represented by her attorneys.

5. Applicant's attendance is not necessary and, in fact, it would be unusual in a habeas corpus proceeding. Respondents object to affording special benefits to Applicant. Indeed, that is the very essence of Respondent AG's objection to the statement of interest itself.

6. Finally, requiring the Department of Corrections to facilitate Applicant's remote appearance at the hearing is not without burden or cost. Schedule and staffing changes will be required to accommodate Applicant's desire to attend the hearing remotely.

7. That "she would like to attend" is not sufficient reason to justify Applicant's appearance at the motions hearing, which would amount to special treatment and unnecessarily burden the Department of Corrections.

WHEREFORE, Respondents respectfully request that this Court deny Applicant's motion to appear remotely at the motions hearing on April 22, 2025.

Respectfully submitted,

PHILIP J. WEISER
Attorney General

SHANNON STEVENSON
Solicitor General

*s/ Lisa K. Michaels*
LISA K. MICHAELS, 38949*
Senior Assistant Attorney General
Criminal Appeals Section
Attorneys for Respondents

Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, Colorado  80203
Telephone:  (720) 508-6000
E-Mail:  lisa.michaels@coag.gov
*Counsel of Record

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic copy of same to be served on opposing counsel via the email addresses that opposing counsel has registered with the Court's ECF system.

*s/ Lisa K. Michaels*