IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00425-STV

TINA M. PETERS,

    Applicant,

v.

MOSES "ANDRE" STANCIL, in his official capacity Executive Director of the Colorado Department of Corrections, and
PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

## OPPOSED MOTION TO CONTINUE APRIL 22, 2025 MOTIONS HEARING

Respondents respectfully request to continue the April 22, 2025 motions hearing and, in support, more fully state:

1. A motions hearing is scheduled for tomorrow, April 22, 2025, to hear argument on Respondent Attorney General's motion to strike the United States' statement of interest. ECF Nos. 18, 31.

2. The Solicitor General of the State of Colorado, Shannon Stevenson, authored Respondent Attorney General's briefing in support of the motion to strike and has been preparing to present Respondent Attorney General's argument at the motions hearing.

3. This morning, Ms. Stevenson woke up with a severe stomach-flu type of illness and will likely be unable to appear at the motions hearing tomorrow afternoon.

4. Given Ms. Stevenson's briefing in support of the motion and time preparing to present argument at the hearing, undersigned counsel or another attorney would not be in a

position to prepare to present Respondents' argument in the short time before the motions hearing is scheduled to take place.

5. Undersigned counsel has conferred with counsel for Applicant, John Case, and counsel for the United States, Abigail Stout, who oppose this motion because co-counsel for Applicant, Patrick McSweeney, has already traveled to Colorado to attend the motions hearing. Ms. Stout will be traveling to Colorado this afternoon.

6. Counsel for Respondents sincerely apologize to the Court and opposing counsel for the inconvenience of the requested continuance.

7. Respondents request that this Court rule on this motion as soon as possible so that, if the motion is granted, Ms. Stout can avoid traveling this afternoon.

WHEREFORE, Respondents respectfully request that this Court continue the motions hearing scheduled for tomorrow, April 22, 2025.

Respectfully submitted,

PHILIP J. WEISER
Attorney General

SHANNON STEVENSON
Solicitor General

*s/ Lisa K. Michaels*
LISA K. MICHAELS, 38949*
Senior Assistant Attorney General
Criminal Appeals Section
Attorneys for Respondents

Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, Colorado  80203
Telephone:  (720) 508-6000
E-Mail:  lisa.michaels@coag.gov
*Counsel of Record

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause an electronic copy of same to be served on opposing counsel via the email addresses that opposing counsel has registered with the Court's ECF system.

*s/ Lisa K. Michaels*