IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 25-cv-00425-STV | Date: April 22, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| TINA PETERS, | John McLean Case |
| | Patrick M. McSweeney |
| Plaintiff, | |
| v. | |
| PHILLIP J. WEISER, | Lisa Kay Michaels |
| MOSES ANDRE STANCIL and | Natalie Hanlon Leh |
| JOHN FEYEN | |
| Defendants, | |
| UNITED STATES OF AMERICA, | Abigail Stout |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:** 1:47 p.m.
Court calls case. Appearances of counsel.

This matter is before the Court regarding Defendant, Phillip J. Weiser's Response [ECF Doc. No 17, filed on 3/11/2025]. The Court construes this Response as a Motion to Strike the Statement of Interest [ECF Doc. No 16, filed on 3/3/2025].

For the reasons stated on the record, it is:

**ORDERED:**   Defendant's Response [ECF Doc. No 17] (the "Motion to Strike") is **taken under advisement**.

Parties shall file supplemental briefing on or before **April 29, 2025**.

HEARING CONCLUDED.

**Court in recess:**     2:23 p.m.
Total time in court:    00:36

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.