IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25-cv-00425 STV

**TINA M. PETERS,**

     Applicant,

     v.

**MOSES "ANDRE" STANCIL** in his official capacity as the Executive Director of the Colorado Department of Corrections, and **PHILIP J. WEISER**, in his official capacity as Attorney General of the State of Colorado,

     Respondents
_____

### APPLICANT'S <u>OPPOSED</u> MOTION TO APPEAR REMOTELY AT HEARING JULY 22, 2025

Tina M. Peters, through counsel, moves this court to allow Applicant to appear remotely at the hearing in this court on July 22, 2025, at 2:00 p.m.

**Certification:** The undersigned conferred with counsel concerning this motion. Respondents oppose this motion.

In support of this Motion, Applicant shows the Court as follows:

1. Applicant Tina Peters DOC# 203512 is incarcerated at LaVista Women's Correctional Facility in Pueblo, CO Phone (719) 583-5959.

1

2. The Court has implemented technology to allow one or more participants to appear virtually.

3. While the hearing July 22, 2025, will involve legal issues, those issues affect Ms. Peters' liberty interests, and she would like to attend the hearing remotely.

4. It is within the Court's sound discretion whether to allow Applicant to attend remotely by coordinating with the La Vista Women's Correctional Facility.

WHEREFORE, Applicant respectfully requests that this Court grant the Motion to Appear Remotely for the hearing July 22, 2025.

Respectfully submitted this 3rd day of July, 2025.

| | |
|---|---|
| /s/ *John Case* | /s/ *Peter Ticktin* |
| John Case | PETER TICKTIN, ESQUIRE |
| **John Case, P.C.** | **THE TICKTIN LAW GROUP** |
| 6901 South Pierce St. #340 | 270 SW Natura Avenue |
| Littleton, CO 80128 | Deerfield Beach, Florida 33441 |
| (303) 667-7407 | Florida Bar No. 887935 |
| brief@johncaselaw.com | (561) 232-2222 |
| | Serv512@LegalBrains.com |

*Co-Counsel for Applicant Tina Peters*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3rd, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on opposing counsel via the email addresses that opposing counsel has registered with the Court's ECF system.

s/ <u>Linda Good</u>