# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **TINA M. PETERS,**<br>**Petitioner / Applicant**<br><br>v.<br><br>MOSES "ANDRE" STANCIL," in his official capacity as the Executive Director of the Colorado Department of Corrections, and and PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,<br><br>**Respondents** | Civil Action No.<br>1:25-cv-00425 (STV)<br><br><br>Assigned to District Court<br>Judge Scott T Varholak |

## PETITIONER TINA PETERS' NOTICE OF PARTIAL DISMISSAL OF CLAIMS

Pursuant to this Court's Minute Order dated July 22, 2025 (ECF. No. 58), Petitioner Tina Peters hereby dismisses Claims 2 and 3 of her Application for a Writ of Habeas Corpus (ECF. No. 1) as identified by this Court's Order to Show Cause, at 3, 6-8 (May 5, 2025) (ECF No. 47). Accordingly, the sole remaining claim made in Ms. Peters' Application for a Writ of Habeas Corpus is Claim 1 (Order to Show Cause, at 3, 8-9), seeking her release on bond pending her appeal due to the violation of her First Amendment rights.

1

Respectfully submitted this 25th day of July, 2025.

   /s/ *John Case*

John Case, Atty reg. # 2431
**JOHN CASE, P.C.**
6901 South Pierce St. #340
Littleton CO 80128
(303) 667-7407
brief@johncaselaw.com

Robert J. Cynkar
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
3126 Elmendorf Drive
Oakton, VA 22124
(703) 621-3300
rcynkar@mck-lawyers.com

PETER TICKTIN, ESQUIRE
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Florida Bar No. 887935
(561) 232-2222
Serv512@LegalBrains.com

   *Counsel for Applicant Tina Peters*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on opposing counsel via the email addresses that opposing counsel has registered with the Court's ECF system.

s/ *Linda Good*