**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00425-STV

TINA M. PETERS,

    Petitioner,

v.

MOSES "ANDRE" STANCIL, in his official capacity as the Executive Director of the Colorado Department of Corrections, and
PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE SCOTT T. VARHOLAK

    The Court has received and reviewed the briefing on the procedural and jurisdictional issues submitted by the parties and continues to carefully consider the novel and complex issues presented in this particular habeas corpus action. However, in the interests of justice and keeping in mind that Petitioner remains an incarcerated individual, the Court will expeditiously move this case along while it continues to consider all pending legal issues. Therefore, the Court orders the parties to submit briefing on the merits of Petitioner's First Amendment claim, which is the only remaining claim in this case, so that all of the arguments and issues are before the Court for a decision. Accordingly, it is

    ORDERED that within **fourteen days** Respondents are directed to file an answer in compliance with Rule 5 of the Rules Governing Section 2254 Cases that fully addresses the merits of Petitioner's remaining claim. It is

    FURTHER ORDERED that within **fourteen days** of the filing of the answer Petitioner may file a reply, if she desires. It is

    FURTHER ORDERED that the parties shall attach to their briefing any additional records not already filed with the Court that are relevant to Petitioner's asserted claim.

Dated:  September 17, 2025