1

2

3

4

5

6

**EXAMINATION UNDER OATH OF CONFIDENTIAL WITNESS**

7

8

9

10    DATE:            September 18, 2025

11    TIME:            Commenced at 10:33 a.m.
                       Concluded at 11:36 a.m.
12

13

14

15                    Pages 1 through 31

16

17

18

19

20             Stenographically Reported By:

21        Teresa R. Cruise, CRR, RPR, FPR-C, FPR
                 Registered Professional Reporter
22             Florida Professional Reporter
              Notary Public, State of Florida
23

24

25

```
1    APPEARANCES:

2    On Behalf of Tina Peters:

3         JOHN CASE, ESQUIRE OF:

4             Colorado Attorney
              6901 South Pierce Street
5             Suite 340
              Littleton, CO 80128
6             (303) 667-7407
              Brief@johncaselaw.com
7
     Also Present:
8             Caleb Bowen, Videographer

9
     Also Remotely Present:
10            Jose Vega, Interpreter
              Linda Good
11            Jason Ickes
              Walter Daugherty
12

13

14

15

16

17

18                    INDEX OF PROCEEDINGS

19   Examination Under Oath of CONFIDENTIAL WITNESS

20                                              Page

21   Examination by Mr. Case                      6
     Certificate of Oath                         29
22   Certificate of Oath                         30
     Certificate of Reporter                     31
23

24

25
```

1   INDEX TO EXHIBITS

2

3

    NO.  DESCRIPTION                                    PAGE

4

5

6

                    *(NO EXHIBITS MARKED)*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    The examination under oath of CONFIDENTIAL WITNESS

2        was taken on Thursday, September 18, 2025,

3                commencing at 10:33 a.m.

4      Said examination under oath was reported by

5          Teresa R. Cruise, CRR, RPR, FPR-C, FPR

6          Notary Public, State of Florida at Large.

7                - - - - - - - - -

8                (The witness, having already presented

9              their government-issued identification and

10             their identity verified, was sworn in as

11             follows.)

12             THE STENOGRAPHER:  Mr. Vega, could you

13             please raise your right hand?

14             Do you solemnly swear to truly and

15             accurately interpret from English to

16             Spanish and Spanish to English the

17             questions propounded and the answers given,

18             and that you have such the ability to do

19             so?

20             THE INTERPRETER:  I swear and I swear

21             that I have done so to this point this

22             morning.

23    THEREUPON,

24                  JOSE VEGA,

25    the interpreter, was sworn to truly and correctly

1    translate English into Spanish and Spanish into

2    English.

3                        -   -   -

4            THE STENOGRAPHER:  Mr. Vega, would you

5            please ask our deponent to raise his right

6            hand?

7            Do you swear or affirm the testimony

8            you're about to give will be the truth, the

9            whole truth, and nothing but the truth, so

10           help you God?

11           THE WITNESS:  Yes, I do.

12           THE STENOGRAPHER:  You can put your

13           hand down.

14           THE VIDEOGRAPHER:  Here begins the

15           examination under oath of a confidential

16           witness.

17           Today's date is September 18, 2025.

18           The time is 10:33 a.m.

19           Would counsel please introduce

20           themselves for the record?

21           MR. CASE:  My name is John case.  I'm

22           a lawyer representing Tina Peters.

23           I'm investigating whether foreign

24           agents manipulated computer voting systems

25           in U.S. elections.

1          THE VIDEOGRAPHER:  You may proceed.

2   THEREUPON:

3                  CONFIDENTIAL WITNESS,

4   having been first duly sworn, was examined and

5   testified as follows:

6                      EXAMINATION

7   BY MR. CASE:

8          **Q.**   Sir, do you have personal knowledge,

9   whether the election systems, in the United States,

10  the voting systems, can be manipulated by foreign

11  agents?

12         **A.**   The electoral systems of the United

13  States can be manipulated by foreign agents or

14  third parties.

15         **Q.**   Sir, are you in danger, physical

16  danger, if your true identity is known?

17         **A.**   Yes.

18         **Q.**   And in order to protect your safety,

19  have you and I agreed that your identity will be

20  redacted in the final transcript of your testimony,

21  and that your face will be disguised and your voice

22  will be altered by technology?

23         **A.**   That's correct.

24         **Q.**   Have you received any money or thing

25  of value in exchange for your testimony today?

1          **A.**    No, not at all.

2          **Q.**    Have you been promised any money or

3     thing of value in exchange for your testimony

4     today?

5          **A.**    No, not at all.

6          **Q.**    Can you tell us about your expertise

7     in voting system computers?

8          **A.**    I have 20 years of experience in

9     electoral systems.  This comes from Venezuela, from

10    2003 onward, where we received for the time and we

11    configured the Smartmatic systems for the first

12    time in Venezuela.  We configured the transmission

13    systems and the tally systems.

14                I was the National Coordinator for

15    voting machines.  I was the National Coordinator

16    for national data and I work in the creation of

17    situation rooms or war rooms for the Venezuelan --

18                THE STENOGRAPHER:  Mr. Vega, your

19          audio cuts out at the end of your sentence.

20                (A discussion off the record was

21          held.)

22    BY MR. CASE:

23          **Q.**    You were the National Coordinator for

24    data situation rooms or war rooms for the

25    Venezuelan government?

1          **A.**     Yes.  Yes, I was the person in charge

2     in the situation room, for the Venezuelan

3     government.

4          **Q.**     Is the situation room called a war

5     room?

6          **A.**     That is correct.

7          **Q.**     Who is present in the war room during

8     an election?

9          **A.**     The president of the republic, the

10     vice president, they could either be there in

11     person or via call.  The main ministers for the

12     country are there, and the president of congress or

13     what is called the National Assembly.

14               In the specific case of Venezuela, it

15     would be Diosdado Cabello, Jorge Rodriguez, Delci

16     Rodriguez, Rafael Ramirez as the president of the

17     oil industry.  High level military personnel.

18               Those are the ones that are in these

19     situation rooms or war room.

20          **Q.**     And were you personally present in the

21     Venezuelan war room with the people you just named

22     during elections in Venezuela?

23          **A.**     I work together with them from 2004 to

24     2016.

25          **Q.**     And when was the last time that you

1    were in the war room in Venezuela during an

2    election?   What year was that?

3         **A.**    2015.

4         **Q.**    Briefly describe your expertise in

5    computer technology.

6         **A.**    Well, my high school degree is IT

7    degree, that's how we call it in Venezuela.

8              Aside from that, I went to the

9    university to study telecommunications, even though

10   I didn't end up graduating on that, I studied

11   telecommunication, business creation and

12   journalism.

13             I am knowledgeable regarding

14   programming systems, operating systems, such as

15   Windows and Linux, and in telecommunications in

16   general to be able to transmit the votes.

17        **Q.**    What were you responsible for doing in

18   Venezuelan elections between 2003 and 2016?

19        **A.**    I was responsible for configuring the

20   voting equipment.   I was responsible for

21   configuring the electoral manager system,

22   responsible for the transmission systems,

23   responsible for the electoral system audits, along

24   with the Carter center and the European Union.

25             On top of that, I was, after that,

1    responsible for the data centers, where we keep all

2    the information of the voter records, biometric

3    systems and the electoral systems before an

4    election day.

5                    THE INTERPRETER:  Sorry, Counselor,

6          this is the interpreter.

7                    The interpreter was somewhat unclear

8          in the last answer of the witness, whether

9          he meant the election systems where we keep

10         the election systems that were used during

11         election days, prior election days or to be

12         used for future election days.

13                   MR. CASE:  Can you ask him that,

14         please?

15                   THE WITNESS:  I meant the general

16         system, the general system where you keep

17         the backups for prior elections and where

18         you would set up future elections.

19                   So, in the case of Venezuela, the

20         center is centralized in one place.  It's

21         very similar to what is done here in the

22         United States except for that each county

23         has its own system and they operate very

24         much independently.

25                   In Latin America, our countries have

1          just a single voting system, and the United

2          States has over 3,000.

3    BY MR. CASE:

4          Q.     Are you familiar with a ministry in

5    Venezuela called the National Electoral Council?

6          A.     Yes, I was an employee of the National

7    Electoral Council.

8          Q.     And was it as an employee of the

9    National Electoral Council that you set up the war

10   room to manage the elections in Venezuela?

11         A.     That is correct.

12         Q.     Did you also set up or direct others

13   under your supervision to set up situation rooms in

14   the states throughout Venezuela?

15         A.     Correct.  We would create manuals so

16   they can replicate the rooms, and then send over

17   the data to the main room.

18         Q.     So each state in Venezuela had its own

19   situation room where election data would be

20   transmitted to the war room; is that correct?

21         A.     That's correct.  Each individual

22   monitors his state and then sends over the studies

23   to the main room.

24                That's why I have the minister for the

25   administration in each one of the different rooms

1    because each minister is responsible for a certain

2    number of states in the country.

3         **Q.**    Were the results of elections

4    manipulated in Venezuela while you worked for the

5    National Electoral Council?

6         **A.**    That is correct.

7         **Q.**    And how were election results

8    manipulated?

9         **A.**    In the case of 2004, one million fake

10   voters were inputted into the system, into the

11   record of voters, and then the electoral system was

12   used in order to designate who each citizen had

13   voted for.

14              THE INTERPRETER:  Sorry, the

15              interpreter would like to make a

16              correction.

17              "And the electoral system was used to

18              determine who each citizen had voted for

19              that the government later on used to be

20              able to persecute those that were not

21              within its ranks."

22              THE WITNESS:  In 2006, a tool was

23              used.  The tool was called S-A-E-S data

24              utel.

25

BY MR. CASE:

     Q.    Can you explain how SAES works?

     A.    SAES data utel is a tool that allows
you to do a general test of the entire electoral
system.

            In order for you to test the entire
system, you need to input the credentials or the
certifications for the particularly election.  And
this tool allows you to emulate voting machines in
order to then transmit the votes.

     Q.    Was SAES used in Venezuela to
manipulate the outcome of elections?  So change the
results?

     A.    It was used by the technology
directors.  In this case, his name is Eduardo
Hernandez.  Later on it was used by Delci's cousin,
his name is Louis Campos Cabello.

     Q.    And how did they use SAES to
manipulate Venezuelan elections?

     A.    By using a statistical system, knowing
the electors behavior, without exceeding a maximum
of 2 or 3 percent of vote manipulation, while at
the same time taking over a large number of voting
machines that you need in order to change the total
amount of votes that you need to modify.

1          So, specifically, in the year 2008,

2     the technology director for the National Electoral

3     Council was in charge of transmitting the data from

4     an entire state so that his relatives could win.

5          And this can be corroborated because

6     in the transmission system, the telephone companies

7     have to show that all the voting machines issue the

8     transmissions through the official channels, and a

9     red flag came up that -- that particular state,

10     that's the state of Merida, had not issued its

11     transmission yet.  So it issued a red flag in order

12     for it to be determined whether there was a failure

13     or an error.

14          And so the national center of

15     tallying, or the adjudication center, responded

16     that -- that the entire state's data had already

17     been transmitted, yet there was no traceability, no

18     trace that showed that state had transmitted the

19     data through the regular transmission channels.

20          So, the solution was to have all the

21     different pieces of equipment retransmitted.  But,

22     nevertheless, that would not change the final

23     tally, because the tally was already there -- the

24     total was already there, and all the technical

25     reports regarding these errors or failures were

1    handed over to the military personnel.

2              So they used SAES data utility tool to

3    transmit the entire information for the entire

4    state because you can use it to transmit correctly

5    all the state's data.

6              This is supposed to be a tool that --

7    for its normal usage, it's supposed to allow you to

8    test the integrity of the system.  When it's

9    misused, it can allow you to inject votes without

10   people knowing you did so.

11        Q.    And can you tell us what S-A-E-S

12   stands for?

13        A.    System automated electoral systems --

14   is it system?

15              It's automated system of elections

16   or -- or something similar.  It's like a

17   centralized electoral system.  It stands for

18   automated system of elections or something like

19   that.

20              That is -- that is -- applies for the

21   entire line of products from the Smartmatic

22   company.  Every product is called SAES.  So, in

23   Venezuela, we had SAES 3000, 3300, SAES 4000.

24              And in the United States, they used

25   SAES 3367, for the Chicago, Illinois machine, where

1    President Obama, in the 2006 elections, cast his

2    vote.

3              **Q.**    Is there a data utility feature for

4    S-A-E-S?

5              **A.**    So there's a tool -- aside from the

6    system itself, there's a tool called SAES data UTEL

7    that allows you to test the entire system.

8              In general, any company providing

9    election systems needs to have such a tool because

10   they need to be able to prove the integrity of the

11   system.

12        **Q.**    Can the S-A-E-S data utility tool be

13   used to manipulate election results?

14        **A.**    That is correct.

15        **Q.**    How does that work?

16        **A.**    So, in the case of Venezuela, this

17   tool has been designed for the SAES system.  So,

18   now, if my system is integrated with an external

19   system, I have to then adapt my tool to be able to

20   test all of the element of my system plus the

21   element of the other system that is being

22   integrated with my system.

23              Well, then, this happened in 2005 when

24   Smartmatic, of the Venezuelan government who owns

25   the source code, the source code belongs to the

1    government, made an integration with the American

2    company called Sequoia Voting Systems when it was

3    acquired in the year 2005 to then bring to pass the

4    elections -- carried out the elections in Chicago,

5    Illinois in 2006.

6              That then lending or selling its

7    technology to Dominion Voting Systems in the year

8    2010, meaning that I need to have a tool to test

9    the integrity of the system, and I adapt that tool

10   to the different integrations.

11             So that's why I'm saying that you

12   would adapt the tool to each one of the systems

13   because each system has a different way in which is

14   writes to the databases and different processes.

15        **Q.**    Is auditing an election part of the

16   Smartmatic software?

17        **A.**    That is correct.  And it varies by

18   state and country.  And, also, when you audit an

19   election or when you audit a system, you will be

20   auditing only that which the company wants you to

21   see or what the electoral body wants you to see.

22             In other words, it's not like the

23   audit is like an open audit, only the modules and

24   the functions that the public needs to know are

25   audited.

 1          That is why you have been unable to

 2     detect whether a library has been hidden, has been

 3     locked or if it can be manipulated, and you are not

 4     auditing tools like this one either, like SAES data

 5     utility, which are tools that allow you to inject

 6     votes.

 7          So people ends up not knowing what the

 8     tool's actual purpose or utility is.

 9          **Q.**    So if an audit discovers a problem,

10     was there a strategy of how to explain that to the

11     public?

12          **A.**    No, because you would never show the

13     public the errors of the system, you would only

14     show the functionality of it.

15          It was only in 2004 that it was

16     uncovered, that you could find out who people voted

17     for; and, by 2005, there was a modification made,

18     but that was the only thing.

19          **Q.**    What was -- what was the role of human

20     error in terms of public relations?

21          How did human error figure into the

22     public relations of Smartmatic?

23          **A.**    When any company -- and that doesn't

24     just apply to Smartmatic -- when any company

25     mentions human error, what you're doing is you're

1    putting the responsibility for the blame on a

2    person, and not on the system itself.

3              It's easier for me to fire somebody

4    from a company and then pay them their severance

5    package as compared to me losing my entire business

6    because my electoral system, or the system that I

7    am selling has errors.  I would end up losing

8    everything.

9              That's why you can read up how all

10   these different electoral companies, they're always

11   alleging human errors here and there.  Therefore,

12   for any type of manipulations of elections, you

13   need to have the company to provide the certs

14   because they are the ones who know how their own

15   system works.

16              They know how to make an injection

17   into the system in an undetectable manner, so that

18   when a detailed audit of the election is performed

19   it wouldn't show any sort of trace.

20        **Q.**   Is this S-A-E-S data utility similar

21   in its security to a key to a house?

22        **A.**   That is correct.

23        **Q.**   Can you explain?

24        **A.**   This tool allows you to emulate a

25   voting machine.

1          It allows you to emulate multiple

2    voting machines, which means that I can transmit on

3    behalf of a machine, as if I was that machine.  The

4    original machine is not transmitting, but I'm

5    emulating this machine, and I'm transmitting

6    whatever data I need to transmit.

7          In the case of Venezuela, the machines

8    that would be transmitted, the data to the machines

9    that would transmitted were the machines that were

10   not going to be audited.

11        **Q.**   So, in the case of Venezuela, was the

12   S-A-E-S data utility used to transmit fictitious

13   votes?

14        **A.**   That is correct.  That's the function

15   for which the Venezuelan government would use that

16   tool for.

17        **Q.**   How was the Venezuelan government

18   involved in developing the Smartmatic software that

19   was used to run Venezuelan elections?

20        **A.**   Their involvement was a hundred

21   percent.  The software was created by the

22   Venezuelan government.  Historically speaking, the

23   government financed Smartmatic for it to create the

24   software.

25          This is obvious and public

1    information, based on the audits that the European

2    Union did of the elections of 2004, where its

3    president -- the president of Smartmatic, Antonio

4    Mugica, he informed the European Union that the

5    source code was property of the National Electoral

6    Council.

7         **Q.**    What is the connection between

8    Dominion Voting Systems, Sequoia Voting Systems and

9    Smartmatic?

10             How are those three entities related?

11        **A.**    So Smartmatic purchases Sequoia in

12    2005, so the SAES software is implemented for the

13    element of Sequoia.

14             From 2007 to 2013, Sequoia and

15    Dominion worked for the elections in the

16    Philippines.  And that relationship allows Dominion

17    to purchase Sequoia in 2010, allowed it to purchase

18    Sequoia in 2010.

19             So, therefore, the SAES election

20    software from Smartmatic ended up being implemented

21    in Sequoia and later on transferred to Dominion.

22    And you have two engineers there, their names are

23    David Moreno and Ronald Morales, which are -- which

24    were the ones that handled the integration of the

25    software belonging to Smartmatic called SAES and

1    integrated it into Sequoia.

2            And then these very same engineers did

3    the integration from Sequoia to Dominion in the

4    year 2010.  Currently, these engineers still work

5    for Dominion and they are in charge of their

6    software.

7        **Q.**    Where is the worldwide global

8    headquarters for Dominion Voting Systems, Inc.?

9        **A.**    They have three headquarters, United

10    States, Canada and Belgrade, Serbia.

11            It is in Serbia that they developed

12    the programs that are then implemented here in the

13    United States.  Ronald Morales is the person in

14    charge of configuring the entire security network

15    so that these three different headquarters can

16    communicate between themselves.

17            At that point in time, they used

18    initially VPN networks.  And, during the days that

19    the American elections were held, Serbia is the

20    office that is responsible for resolving the errors

21    that pop up in the systems.

22        **Q.**    Is it possible for engineers in

23    Serbia, working for Dominion Voting Systems, to

24    inject votes into an election in the United States

25    of America?

1          **A.**    Though I don't have evidence of that,

2     it is possible.  If I happen to have access, remote

3     access to the system, I can make changes in the

4     electoral system.

5          **Q.**    And would that be by using the S-A-E-S

6     data utility tool?

7          **A.**    No.

8          **Q.**    And then how would it be done?

9          **A.**    Well, we need to understand something.

10    Let's not, you know, end up marrying this tool

11    name, but rather its functionality.

12              So what this tool does, SAES data

13    utility, it uses the libraries for the electoral

14    system that were first used in Venezuela then

15    transferred over to Sequoia and then finally to

16    Dominion.

17              It uses system votes or errors --

18    let's call it the libraries.  The libraries for

19    data transmission, data encryption by libraries,

20    the communication between the databases.

21              So what SAES data utility does is that

22    it takes the credentials or passwords for an

23    election so that the system can authorize it to

24    connect itself, and then it can inject as many

25    votes as it needs to.

1          If the Dominion systems have bugs in

2     their libraries, then, in turn, you can you can use

3     those bugs while having the correct credentials or

4     passwords, and use the processes of the same system

5     to then inject the votes that are needed, whether

6     it be minutes, data or votes.

7          Whatever that the system allows me to

8     do, I will be able to do it while using those

9     libraries.

10          **Q.**    Did you review the forensic image of

11     the Mesa County election management server from the

12     November 2020 election?

13          **A.**    I did.

14          **Q.**    And what did you find in your

15     examination of that forensic image?

16          **A.**    That the electoral systems of Dominion

17     have vulnerabilities that can be used to attack the

18     system.  It's source code is not a hundred percent

19     obfuscated, or hidden.

20          The use in handling passwords --

21     they're all stored in plain text, which allows you

22     to get that data from the database.  You can get it

23     from the backups of the different elections, from

24     the settings files of an election, and from the

25     button device that allows to have access to the

1    equipment, because the credentials are also stored

2    in the button itself.

3              So, once you have that information,

4    and if you know how the system operates, then you

5    can attack the encryption levers, which then

6    literally allows you to manipulate the system and

7    change votes at will.

8              Additionally, on top of that, the

9    Windows Operating System has, in turn,

10   vulnerabilities and can also be attacked using an

11   error code, it's called the internal blue.  It's an

12   attack system that even the entity the NSA uses

13   here in the United States.

14        **Q.**   Now, after the 2020 election, we were

15   told by the Attorney General of the United States

16   that the 2020 election was the most secure in

17   history.

18              We were also told by the Colorado

19   Secretary of State that the Colorado voting system

20   was the gold standard for running elections.

21              Can you tell us if that is true?  Are

22   our elections in the United States and Colorado

23   really secure?

24        **A.**   No, they are not secure.

25        **Q.**   Can any election be run fairly and

1     securely using Dominion software, which is so

2     susceptible to manipulation?

3          **A.**     Well, we have to keep in mind or

4     understand something clearly:  No system is

5     infallible.

6               Dominion's software is a software that

7     has a lot of errors or bugs.  And they have --

8     they've had many years to correct them and they

9     haven't done so.  From an IT standpoint, you could

10    even say that the types of errors that they have

11    made are very basic.  But the reason why those

12    errors are intentionally there is because they need

13    it, they need them.

14              Now, can they be cured in the future?

15    Of course they can.  Is it possible that you can

16    have a secure election using electronic voting

17    systems in the future of the United States?  Of

18    course.

19              But the current voting -- the current

20    software that Dominion Voting Systems is using

21    right now does not provide the -- cannot ensure

22    that an election cannot be manipulated because if

23    we, not knowing how their system worked, were able

24    to detect the bugs, that means that either an

25    engineer or a technician working for Dominion that

1    have even better knowledge than we have, can use

2    his or her system to manipulate the votes as

3    needed.

4                    And it can be done indetectably --

5    without be detected.

6          Q.    Have you understood all of my

7    questions as translated by the interpreter?

8          A.    That is correct.

9          Q.    Did you answer all questions

10   truthfully?

11         A.    Totally truthfully.

12         Q.    Were your answers based on your

13   personal knowledge?

14         A.    Totally.

15         Q.    Okay.  You have another appointment

16   and you have to interrupt this to go to that

17   appointment?

18         A.    Yes, as I told you earlier when we

19   first started.

20         Q.    Would you come back later this

21   afternoon, please?

22         A.    Yes.

23                    As soon as I'm done with my other

24   appointment, I can come back and we can continue

25   this conversation.

 1              THE VIDEOGRAPHER:  Thee time is

 2        11:35 a.m.

 3              We are going off the video record.

 4              (The examination under oath was

 5        adjourned at 11:35 a.m.)

 6                     -  -  -

```
 1                    CERTIFICATE OF OATH

 2

 3    THE STATE OF FLORIDA

 4    COUNTY OF PASCO

 5

 6

 7            I, Teresa R. Cruise, Notary Public, State

 8    of Florida, certify that JOSE VEGA remotely

 9    appeared before me on the 18th of September, 2025,

10    and was duly sworn.

11

12            Signed this 18th day of September, 2025.

13

14

15

16

17

18

19            _____
              TERESA R. CRUISE, CRR, RPR, FPR-C
20            Notary Public - State of Florida
              Commission Number: HH351124
21            Expiration Date:  02/25/2027

22

23

24

25
```

1 CERTIFICATE OF OATH

2

3 THE STATE OF FLORIDA

4 COUNTY OF PASCO

5

6

7          I, Teresa R. Cruise, Notary Public, State

8 of Florida, certify that CONFIDENTIAL WITNESS

9 personally appeared before me on the 18th of

10 September, 2025, and was duly sworn.

11

12          Signed this 18th day of September, 2025.

13

14

15

16

17

18

19 _____
                TERESA R. CRUISE, CRR, RPR, FPR-C
20              Notary Public - State of Florida
                Commission Number: HH351124
21              Expiration Date:  02/25/2027

22

23

24

25

```
 1                   C E R T I F I C A T E

 2       THE STATE OF FLORIDA
         COUNTY OF PASCO
 3

 4              I, Teresa R. Cruise, a Certified
         Shorthand Reporter, do hereby certify:
 5
                    That I was authorized to and did
 6       stenographically report the foregoing examination
         under oath of CONFIDENTIAL WITNESS, pages 1 through
 7       31, that a review of the transcript was not
         requested, and that the transcript is a true record
 8       of my stenographic notes.

 9
                    I further certify that I am not a
10       relative, employee, attorney, or counsel of any of
         the parties, nor am I a relative or employee of any
11       of the parties' attorneys or counsel connected with
         the action, nor am I financially interested in the
12       action.

13                  The foregoing certification of this
         transcript does not apply to any reproduction of
14       the same by any means unless under the direct
         control and/or direction of the certifying
15       reporter.

16
                    DATED this 18th day of September, 2025.
17

18

19

20       _____
                 TERESA R. CRUISE, CRR, RPR, FPR-C
21

22

23

24

25
```