1

2

3

4

5

6
      **CONTINUATION OF THE EXAMINATION UNDER OATH OF**
7
           **CONFIDENTIAL WITNESS**

8

9

10   DATE:          September 18, 2025

11   TIME:          Commenced at 2:24 p.m.
                    Concluded at 4:55 p.m.
12

13

14

15

16                 Pages 1 through 61

17

18

19

20

21
               Stenographically Reported By:
22
        Teresa R. Cruise, CRR, RPR, FPR-C, FPR
23         Registered Professional Reporter
           Florida Professional Reporter
24        Notary Public, State of Florida

25

```
1        APPEARANCES:

2        On Behalf of Tina Peters:

3            JOHN CASE, ESQUIRE OF:

4                Colorado Attorney
                 6901 South Pierce Street
5                Suite 340
                 Littleton, CO 80128
6                (303) 667-7407
                 Brief@johncaselaw.com
7
         Also Present:
8                Caleb Bowen, Videographer

9
         Also Remotely Present:
10               Jose Vega, Interpreter
                 Linda Good
11               Jason Ickes
                 Walter Daugherty
12

13

14

15

16

17                    INDEX OF PROCEEDINGS

18       Examination Under Oath of CONFIDENTIAL WITNESS

19                                                Page
```

```
20       Examination by Mr. Case                    5
         Certificate of Oath                       59
21       Certificate of Oath                       60
         Certificate of Reporter                   61
```

```
22

23

24

25
```

1                          INDEX TO EXHIBITS

2

3

        NO.  DESCRIPTION                                        PAGE
4

5

6
                     *(NO EXHIBITS MARKED)*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    The examination under oath of CONFIDENTIAL WITNESS

2        was taken on Thursday, September 18, 2025,

3            commencing at 2:24 p.m.

4    Said examination under oath was reported by

5        Teresa R. Cruise, CRR, RPR, FPR-C, FPR

6        Notary Public, State of Florida at Large.

7            - - - - - - - - -

8            (The witness, having already presented

9            their government-issued identification and

10            their identity verified, was sworn in as

11            follows.)

12            THE STENOGRAPHER:  Mr. Vega, could you

13            please raise your right hand?

14            Do you solemnly swear to truly and

15            accurately interpret from English to

16            Spanish and Spanish to English the

17            questions propounded and the answers given,

18            and that you have such the ability to do

19            so?

20            THE INTERPRETER:  I swear.

21    THEREUPON,

22                JOSE VEGA,

23    the interpreter, was sworn to truly and correctly

24    translate English into Spanish and Spanish into

25    English.

```
1                          -  -  -
2              THE STENOGRAPHER:  Mr. Vega, would you
3         please ask our deponent to raise his right
4         hand?
5              Do you swear or affirm the testimony
6         you're about to give will be the truth, the
7         whole truth, and nothing but the truth, so
8         help you God?
9              THE WITNESS:  Yes, I do.
10             THE STENOGRAPHER:  You can put your
11        hand down.
12             THE VIDEOGRAPHER:  The time is
13        2:24 p.m.
14             We're back on the video record.
15   THEREUPON:
16             CONFIDENTIAL WITNESS,
17   having been first duly sworn, was examined and
18   testified as follows:
19                      EXAMINATION
20   BY MR. CASE:
21        Q.   Sir, I am here because my client, Tina
22   Peters, was prosecuted by the government in
23   Colorado for criticizing the voting system in
24   Colorado.
25             In your experience -- let me start the
```

1    question over.

2              I'm here because my client, Tina

3    Peters, was prosecuted by the state of Colorado for

4    criticizing the voting system.  There is evidence

5    that Dominion Voting Systems demanded that Tina

6    Peters be prosecuted because she criticized the

7    voting system and made a forensic image of the

8    election management server.

9              In your experience, as part of the

10   Venezuelan government, were you aware of the

11   Venezuelan government prosecuting people who

12   criticized the Smartmatic voting system?

13        **A.**    Yes, they have been prosecuted.

14   People have been prosecuted for criticizing the

15   voting system.

16        **Q.**    Did Smartmatic participate in helping

17   the government prosecute those people who

18   criticized the Smartmatic voting system?

19        **A.**    Yes.  The electoral technology

20   companies have to turn over evidence as requested

21   by the government.

22        **Q.**    And, in your experience, were the

23   judges who oversaw those prosecutions able to know

24   if the evidence provided by Smartmatic was true or

25   false?

1          **A.**    No, they do not have that capacity.

2     They would have to be specialists in technology to

3     know, sir.

4          **Q.**    So, the judges in Venezuelan had to

5     rely on the witnesses provided by Smartmatic in the

6     prosecution of people who criticized the voting

7     system?

8          **A.**    Correct.  Provide by them for the

9     government, correct.

10         **Q.**    Now, when you worked for the

11     Venezuelan government between 2003 and 2016, did

12     you meet with any officials who were from Cuba?

13         **A.**    Yes, on many occasions.

14         **Q.**    And how is it that you met with Cuban

15     officials on many occasions in your role in

16     managing the Smartmatic voting system in Venezuela?

17               Where did you meet with Cubans?

18         **A.**    Well, this is because the Cuban

19     officials or Cuban authorities are part of the

20     Venezuelan government.  They have full oversight of

21     the activities carried out by the Venezuelan

22     government and provide advice or consulting to

23     them.

24         **Q.**    Do you know if Cuba has a communist

25     government?

1          **A.**    Yes, yes, it does.

2          **Q.**    So are you saying that the Venezuelan

3     government is managed by representatives of the

4     Cuban communist government?

5          **A.**    That is correct.

6          **Q.**    And do you know if the engineers for

7     Smartmatic, who later became employees of Dominion,

8     were trained in Cuba to write election software for

9     Smartmatic?

10         **A.**    No, I'm not aware of that.

11              What I am aware of is that Cuban

12     engineers traveled over to Venezuela to obtain

13     training as far as technology was concerned.  Not

14     only electoral technology, but also for public

15     records, such as birth certificates.

16              They received training in biometric

17     technology, passports and to implement Cuban

18     systems within the government.  When I refer to

19     Cuban systems, I'm referring to telecommunications

20     and intelligence systems.

21              And what they would explain to us was

22     that given the -- the blockade or embargo that they

23     are going through, they don't have access to those

24     tools that Venezuelans ended up giving them.

25              But as far as election are concerned,

1    or electoral speaking, all the technicians or

2    engineers that created the elections system have

3    all graduated from a Venezuelan university called

4    Simón Bolívar University.

5         **Q.**    Now, when you were working for the

6    Venezuelan government between 2003 and 2016, was

7    part of your responsibility to manage the

8    manufacturing of the voting equipment?

9         **A.**    Well, the manufacturing of the voting

10   equipment, these were manufactured in Taiwan and

11   China.

12             My responsibilities was to receive

13   those components, or those pieces of equipment,

14   configure them and send them out to production to

15   be used through the elections, meaning that any

16   part or piece that was given to me was exported

17   from either China or Taiwan.

18        **Q.**    Did that include firmware in the

19   computers?

20        **A.**    They would already come pre-configured

21   from Taiwan or China.  It's already been

22   established, based on the part that you're

23   acquiring.

24             And if there's any modification made

25   to them, then the engineers of Smartmatic would be

1    the ones to do so; or, if it would be the case,

2    another company, like in the case of Dominion.

3                    But based on my experience, the

4    components are first tested in the warehouse where

5    they have been manufactured, which means either in

6    China or Taiwan.

7            Q.    What is firmware?

8            A.    The firmware is a program that is

9    included inside a chip or a particular device for

10   the correct functioning of an entire device.

11                   It's the first electrical impulse that

12   the computer receives so that then, after that, it

13   can only -- after that, it can start receiving the

14   instructions from the operating system.

15           Q.    So firmware is a set of commands

16   embedded in the hardware?

17           A.    That's correct.

18           Q.    And those commands that were used in

19   Smartmatic computers were installed in either China

20   or Taiwan?

21           A.    That is correct.

22                   But, you know, you don't want to be

23   mixed up, though, and mix this up with the

24   electoral system.  The electoral system later on

25   needs to be set up on this equipment.

1          So the electronic devices have some

2     certain command sequences, and that is why we're

3     calling firmware.  Part of that are memory

4     sequences that allow you to receive video or print

5     that, later on, allows you to receive other

6     information.

7          It is later, after this, that you

8     signal the electoral management system, the

9     electoral system, and that has a command sequence

10    where you can utilize a program or a piece of

11    software.

12          **Q.**    Do the computers made in China and

13    Taiwan include circuits that can communicate with

14    the internet?

15          **A.**    Correct.  They have internal modems

16    that allow for external communications, and it is

17    the responsibility of each one of the different

18    corporations to disable those components or to

19    leave them enabled for the elections.

20          **Q.**    Now, can the firmware keep those

21    modems enabled even if the software commands the

22    system to disable the modem?

23          In other words, can you have firmware

24    that allows the modem to remain on, even when the

25    software thinks that it's off?

1    **A.**    Yes.  Well, for that, you would need

2    an engineer that understands the Windows pipeline

3    system, which will allow you to block certain

4    parameters within the system.  But through the

5    operating system, then I can enable that component.

6    In other words, yes, the answer to

7    your question is yes.

8    **Q.**    When did Smartmatic acquire Sequoia?

9    What year?

10    **A.**    2005, its first year of existence.

11    Smartmatic did so during its first year of

12    corporate existence.

13    **Q.**    And were you involved -- as an

14    official of the Venezuelan government, were you

15    involved in Smartmatic's acquisition of Sequoia?

16    **A.**    No.

17    **Q.**    What year did Dominion Voting Systems

18    acquire Sequoia from Smartmatic?

19    **A.**    2010.

20    **Q.**    Are you aware of a Smartmatic official

21    bribing a government representative in the

22    Philippines during an election?

23    **A.**    Well, there is an open case, it's

24    pending against Roger Pinate, for bribery during

25    the 2016 elections in the Philippines.

1          I mean, I'm just talking about

2     publically known cases of bribery.  Because, in

3     Venezuela, Smartmatic worked hand-in-hand with the

4     Venezuelan government.

5          And Jorge Rodriguez would collect

6     bribes from Smartmatic.

7          **Q.**   And Jorge Rodriguez was part of the

8     Venezuelan government?

9          **A.**   He's the current President of Congress

10    in Venezuela.  We call it the National Assembly.

11    And his sister is the Vice President for the

12    country.

13          And it is Jorge Rodriguez who hired

14    Smartmatic, or awarded the Smartmatic in 2003 in

15    order for them to develop the electoral system for

16    Venezuela.

17          **Q.**   And how much money did Smartmatic

18    receive from the Venezuelan government in 2003 to

19    develop the software to rig elections in Venezuela?

20          **A.**   $250,000 American dollars.  And they

21    held 28 percent interest in the company.

22          **Q.**   So the Venezuelan government owns

23    28 percent of Smartmatic?

24          **A.**   As far as publically available

25    information, yes.

1           And during 2003 and 2004, Smartmatic

2      had a sister company, it was called Bizta.  So

3      Bizta created the system and Smartmatic was running

4      the elections, and the business partners for each

5      one of those companies are correspondingly the same

6      person.

7           And both of those companies were

8      recorded or incorporated here in the state of

9      Delaware.

10          **Q.**    Who owned the source code used in

11     Smartmatic software?

12          **A.**    The Venezuelan government.

13          **Q.**    And where is the source code kept?

14          **A.**    In Venezuelan.

15          **Q.**    What city?

16          **A.**    In the central bank, that's where they

17     would keep the backups for the source codes, in

18     Caracas.

19          **Q.**    How much money per year did the

20     Venezuelan government pay to Smartmatic after

21     Smartmatic developed the software to rig Venezuelan

22     elections?

23          **A.**    Well, is it varied by year.  During

24     the first year, Smartmatic received $140 million.

25     That was in 2004.

1      **Q.**    In U.S. dollars?

2      **A.**    Everything's dollars, I'm only talking

3    dollars.

4            In 2005, Smartmatic purchased the

5    Sequoia for $17 million, so it was basically a

6    business.

7            And it was very strange because

8    Sequoia Voting Systems was a company that had

9    20 percent of the market share of the American

10   market, United States market.

11     **Q.**    And so from the $140 million that

12   Smartmatic received from the Venezuelan government,

13   then did Smartmatic pay bribes out of that money to

14   officials in the Venezuelan government?

15     **A.**    That's correct.

16     **Q.**    And how do you know this?

17     **A.**    So in 2004 -- in 2002 was when the

18   first elections machines were purchased in

19   Venezuelan.  The contract for the first batch of

20   machines, contract for $40 million, authorized by

21   Jorge Rodriguez.

22            And, then, Olivetti, after a scandal

23   became public, goes ahead and publishes the real

24   cost of those machines in Italy, which was

25   $21 million.  So add another $19 million on top of

1    that, those were to pay bribes to the people within

2    the Venezuelan government.

3              And this was explained by Jorge

4    Rodriguez himself in a meeting where I was present,

5    because I worked there, we were part of the

6    technical team from the national electoral council

7    for the coordination of all the elections.

8         **Q.**   I want to ask you a few questions

9    about log files.

10             Can you tell us what a log file is?

11        **A.**   A log, on an IT level, and anywhere,

12   is a record of what each one of the machines is

13   doing.  It's the absolute evidence that a machine

14   has performed a certain process, and that record

15   must be maintained in order for you to be able to

16   verify if any sort of equipment is functioning

17   properly.

18             This not only applies to a piece of

19   equipment but also to a system, a software, because

20   you have operating system logs that tell you about

21   the components within the machines, and they are

22   system logs, which inform me about the behavior of

23   a system.

24             In my computer, or electoral system,

25   uses systems I will have seven different logs.

1    **Q.**    Did the Smartmatic computer voting

2    system, was the operating system Windows?

3    **A.**    For the voting machines, yes, it was

4    Windows.

5    The tally system or vote counting

6    system had been built on Linux.  But it doesn't

7    mean that because you have a change in the

8    operating system, you can't maintain the logic

9    within the systems.

10    **Q.**    So in -- did you -- you examined the

11    forensic image of the election management server

12    that was used in the Mesa County 2020 election,

13    correct?

14    **A.**    That's correct.

15    **Q.**    Did you notice the settings on the

16    size of the Windows log files in the Windows

17    operating system?

18    **A.**    I don't recall, but it is part of the

19    report that we created, and I can get that to you.

20    But I seem to remember that it was too

21    small, the size was too small for what it needed to

22    do.  When I talk about small in size or very little

23    space, I'm talking -- I mean, that on a programming

24    level.

25    You assign a certain disc space or

1    memory space for the log to be stored in, and

2    that's going to give you an X number of lines so

3    that a log or a record can be kept.  And depending

4    on what the setting is, once the log gets full, it

5    starts rewriting over it and deleting evidence.

6                    That's why I believe their settings

7    were too small.  And we talked about this with our

8    team and we thought that it wasn't going to have

9    enough space to be able to keep all the logs

10   throughout the election.

11                   In the case of Venezuela, elections

12   are just one day but, in the United States,

13   elections last over 20 days.  Therefore, the space

14   allocation for the logs have to be large enough to

15   be able to allow for the storage of all the

16   different days or activities during the days of the

17   election.

18                   And that evidence, or logs, should be

19   kept as a backup in a database.  Those are the

20   standard procedures that should be followed.

21        Q.   Now, are you familiar with the manual

22   for the Dominion Voting System?

23        A.   Yes.  We read the voting system manual

24   and it has many chapters because there's a manual

25   for each module of the system.

1          Q.    Now, I don't want to put words in your

2     mouth, but if I can remind you, does the Dominion

3     Voting System manual that you read with your own

4     eyes specify to set the log file size at 20

5     megabytes?

6          A.    I believe so.

7          Q.    And in the event that 20 megabyte file

8     fills up with information, then does the Dominion

9     manual allow you to designate what should happen

10    next when that file gets full?

11         A.    No.  It does not say so because the

12    Dominion -- Dominion's manual only tells you how to

13    set that setting.  The manual has no instructions

14    on how to solve problems that could occur during a

15    given election.

16              And the only way for you to verify

17    that a log record has been poorly configured is for

18    someone to point out that the log files have been

19    being rewritten.

20              But I believe that, in the United

21    States, and I have read a whole deal regarding

22    this, that there is no manual for the monitoring

23    for the electoral systems within the United States.

24    Nor does the Dominion system issue any sort of

25    alert or notification if the system is full.

1        If there is any error, they would have

2   to create a support ticket and call support, and

3   then these people would come and be in charge of

4   resolving the issue by either send a technician

5   on-site or by remote support.

6        Q.    Now, if the voting system isn't

7   connected to the internet, how could a Dominion

8   technician possibly communicate and get into the

9   system, other than through the internet?

10        THE INTERPRETER:  Other than through

11        what?

12        MR. CASE:  The internet.

13        THE WITNESS:  Well, then the

14        representatives for each county have to

15        create a VPN connection so that the

16        representatives can then be connected to

17        the electoral systems.  As I have read in

18        certain reports that the case -- this has

19        happened in Chicago, Chicago, Illinois and

20        Georgia.

21        In the case of Georgia as well, they

22        have set up VPN connections in order to

23        resolve issues as far as settings were

24        concerned or to resolve system problems.

25        They can use a virtual machine that is put

1          in the middle.

2               When I say that it's in the middle, it

3          means that over here on one hand, you have

4          the county's electoral system, then you can

5          configure a virtual machine in the county

6          that would allow for the elections to be

7          made.  And you provide it with the

8          necessary credentials or authorization so

9          that the electoral system can then

10         communicate with this machine.  And then

11         the company, in turn, connects to the

12         virtual machine.

13              So, legally speaking, they're not

14         connected directly to the electoral system,

15         but nevertheless, from this other system, I

16         can effect changes in the system to update

17         it.  Either that or I can just do a direct

18         connection through a VPN and do all the

19         changes that I need.

20              You need to have one person in that

21         county to have the authorization of the

22         secretary of state.  I mean, that's what I

23         am -- think is the case, based on what I

24         have read about this.  But I don't really

25         know whether a secretary of state is the

1          maximum authority or not during an ongoing

2          election.

3     BY MR. CASE:

4          **Q.**    Now, is what you just described called

5     the man-in-the-middle program?

6          **A.**    That is correct.

7          **Q.**    And is the man-in-the-middle system

8     used in Venezuela?

9          **A.**    It was not used in Venezuela because

10    Smartmatic had full control of the election system.

11    It was not necessary.  Nor was the government going

12    to sue Smartmatic.  From the government, the

13    government was not going to sue Smartmatic since

14    they were working for them.

15              And just on a side note, like an

16    anecdote, the elections, the 2006 elections in the

17    United States, in Chicago, Illinois, the proof of

18    concept for that election was created in Venezuela

19    in 2005.

20              That is why a very similar piece of

21    equipment was used, it was the SAES 3300.  It's an

22    identical machine, identical machine to the SAES

23    3377 that were used for the elections here in the

24    United States.

25              So at all times was what Venezuela

1    used as a proof of concept for the different

2    elections that Smartmatic carried out throughout

3    the entire world.

4         **Q.**    So, are you saying that the

5    man-in-the-middle system was used in Chicago in the

6    2006 election?

7         **A.**    No, it is used currently in these last

8    elections that you held here.

9         Dominion has an engineer, whose name

10    is Ronald Morales, and Ronald Morales is the person

11    that does maintenance on the electoral systems.

12    Ronald Morales is the person that puts that

13    man-in-the-middle in place.

14         Sorry, that's not the word.  To be

15    able to set up the system, to be able to set up the

16    communication from the Dominion system, between the

17    new Dominion system and the old Smartmatic system.

18    But that same behavior --

19         THE STENOGRAPHER:  I'm sorry, you cut

20         out, Mr. Vega.

21         THE WITNESS:  They have used it

22         elsewhere as well.

23    BY MR. CASE:

24         **Q.**    So was there a problem when the

25    computer equipment changed and became more modern

1    and Dominion was still running old Smartmatic,

2    based software on the new computer equipment coming

3    out the China and Taiwan?

4         **A.**    That is correct.  They use that

5    because they need the county to authorize certain

6    updates on the systems.

7              So, for example, in the case of Mesa,

8    let's see, I was five -- 11 -- okay.  So the 2020

9    election was done with version 5.5.  And then they

10   updated the system to version 5.11.  When they did

11   that update, all the old data was deleted because

12   they are overridden.  It is written on top of that.

13             So, at that point in time, you can no

14   longer carry out a formal audit because you no

15   longer have the original machine.  All evidence,

16   all log, all of that was deleted.

17        **Q.**    And what you've just referred to is

18   when the Colorado Secretary of State performed

19   what's called a trusted bill in Mesa County on

20   May 25th and 26th of 2021, the Secretary of State

21   erased all of the records of the 2020 election that

22   was preserved on that Mesa County election

23   management server; is that correct?

24             THE INTERPRETER:  A trusted build, is

25        that right, Counsel?

```
 1                    MR. CASE:  Yes.

 2                    THE WITNESS:  That's correct.

 3                    I didn't know the dates that you were

 4             mentioning but, yes, that's -- that is

 5             correct.

 6     BY MR. CASE:

 7            Q.    So, you examined the image of the Mesa

 8     County election management server that was taken

 9     after the trusted build; is that correct?

10            A.    No, we saw both images, the old one

11     and the new one.

12            Q.    Correct.

13                    In the new image, all of the data was

14     gone except new software.  True?

15            A.    And the structure changed, the

16     structure of the program changed as compared to the

17     version 5.5.

18            Q.    Now, so far as you are aware, is it a

19     law that the system must preserve the records from

20     the previous election for a certain period of time?

21            A.    I believe it's 18 months.

22            Q.    Just so the record's clear, are you

23     aware of 52 U.S. Code Section 20701, which requires

24     every officer of election to preserve all election

25     records, including electronic records, for
```

1    22 months after each election?

2         **A.**    That is correct.  Correct, yes, we

3    knew that.

4         **Q.**    And based on your examination of the

5    forensic images from Mesa County, it's your

6    testimony that the Colorado Secretary of State

7    erased all records of the 2020 election when they

8    installed new software in May of 2021; is that

9    true?

10        **A.**    Well, whoever gave the authorization,

11   like whoever gave the authorization for the system

12   to be updated, would be the person responsible for

13   all the files being deleted.

14               If the person giving the green light

15   was the secretary of state, then it would be the

16   secretary of state.  If it was the person in charge

17   of the elections, then it would be the person in

18   charge of the elections.

19        **Q.**    Now, going back to the log file size.

20        **A.**    Okay.

21        **Q.**    What you've told us is that the

22   Dominion system was configured so that when the log

23   files got full, they just overwrote the information

24   that was already in the log file.  True?

25        **A.**    Of course.  These are standard

1    settings, standard configurations.

2         **Q.**    So, while the system was operating

3    during the 2020 election, it was actually writing

4    over the data from the election?

5         **A.**    It rewrites the day-to-day of an

6    election.  So let's say it gets -- it becomes full,

7    then the next day gets overridden on top of that.

8         **Q.**    And so when you have an election that

9    lasts for several days, it becomes impossible to

10   audit the full election because the records are

11   being erased after they are written.  True?

12        **A.**    That is correct.

13        **Q.**    And so that is a capability that is

14   built into the Dominion software -- correct? --

15   that is overwrites election records while the

16   election is going on?

17        **A.**    That is correct.  If the machine is

18   operational and it is operating, it will record on

19   top of a log that is already there.

20        **Q.**    And that is part of the Dominion

21   software that allows it to erase records while the

22   election is going on.  True?

23        **A.**    That's correct.

24        **Q.**    And is that same capability in the

25   Smartmatic software that was created in Venezuela

1    to rig elections?

2          **A.**    That's not how it was configured over

3    in Venezuela.  You had a dedicated server just for

4    the logs, meaning that all the different machines

5    or servers would send the information to one

6    location, send the logs to one location.

7                And there, you can do a review of all

8    the elections through all the logs stored there.

9    It's just that in Venezuela, no one would go and

10   want to check those logs.

11                THE INTERPRETER:  Interpreter would

12          like to make a correction.

13                "In Venezuela, no one would check

14          those logs."

15   BY MR. CASE:

16          **Q.**    Can you tell us about the multiple

17   transmission capabilities and methods in the

18   Venezuelan elections telecommunication system?

19          **A.**    Can you repeat the question, please?

20          **Q.**    Yes.

21                Can you tell us about the transmission

22   capabilities and methods of the telecommunication

23   system that was used in Venezuela during elections

24   when you worked for the Venezuelan government?

25          **A.**    So Venezuela would transmit in three

1    different ways.  It could be by home telephone

2    line, active telephone lines, by cellular

3    communication and by satellite communication.

4              All these divisions, depending on what

5    part of the country you were in, were then

6    connected to the voting machines through network

7    port, an RJ-45 jack, or an RJ-11 telephone jack.

8    And through these lines, which are secured lines,

9    all the electoral data was transferred.

10             And this data is transmitted through

11   the telephone lines of the carriers in that -- in

12   the country.  So in this country, it would be the

13   equivalent of AT&A or Verizon, or over in

14   Venezuela, we call it can TV.  And these networks

15   are then connected to the national center for

16   tallying, or totalling.

17             And all the electoral data is

18   transmitted using that method of communication.

19        Q.   Now, you mentioned an election that

20   was rigged in a state, I believe you said Merida;

21   is that correct?

22        A.   In Merida, M-E-R-I-D-A.

23             So it turns out the results of the

24   entire state of Merida were not transmitted

25   throughout the country.  They used the tool, SAES

1    data utility tool, to transmit all the data from

2    all -- from the electoral machines, and transmit

3    them to the national center for tallying.

4              And this became public knowledge

5    because when the logs for those different

6    communication companies were checked, there wasn't

7    any sort of trace or data packets that were being

8    transmitted.  So this triggered a red flag, and the

9    national tallying center was contacted, where they

10   said that the state of Merida had already sent all

11   the entire transmission of one hundred percent of

12   issues, which is impossible, because they didn't

13   use any of the regular channels of transmission

14   that are used during the elections, or that are

15   authorized to be used during elections.

16              It's as if you ordered a package, and

17   instead of it being delivered through your front

18   door, it comes in through the window.  It's the

19   same thing, same exact thing, and this is how it

20   happened in Venezuela.  And the person responsible

21   for doing that was Carlos Quintero.  He was the

22   technology director for the National Electoral

23   Council.

24              During that specific election, his

25   sister ended up being elected as a mayor.  So this

1    whole operation was done in order for his sister to

2    get a position within the government.

3           **Q.**   I want to ask you about some names of

4    persons who were involved with Smartmatic and

5    Sequoia and Dominion, and then if you can tell us

6    what you know about each of those persons.

7               But please keep it to a brief summary

8    unless I ask a follow up.

9           **A.**   Okay.

10          **Q.**   Do you know Ronald Morales?

11          **A.**   He's a Smartmatic tech who was in

12   Venezuela, Sequoia, and in Dominion as well.

13          **Q.**   Does he currently work for Dominion?

14          **A.**   He currently works for Dominion.

15          **Q.**   Was Mr. Morales one of the developers

16   of the original Smartmatic election software?

17          **A.**   That is correct.

18          **Q.**   And was that the same Smartmatic

19   software that was used to rig elections in

20   Venezuela?

21          **A.**   That is correct.

22          **Q.**   Do you know David Moreno?

23          **A.**   Oh, David Moreno.  The same thing goes

24   for David Moreno.  He was a specialist technician

25   who used to be in Venezuela, then later on went to

1    Mexico, then in 2004 ended up being transferred

2    over to Sequoia.

3              In 2005 when it -- and then when it

4    took over, he became part of Dominion.

5         **Q.**    Is Mr. Moreno currently employed by

6    Dominion?

7         **A.**    He's in charge -- he's in charge of

8    Dominion's warehouse in Texas, if I'm not mistaken.

9              In other words, he's the person

10   responsible for configuring the Dominion equipment

11   for their -- for the elections.

12        **Q.**    And this is the same David Moreno that

13   was involved in creating the Smartmatic software

14   that was used to rig elections in Venezuela?

15        **A.**    That is correct.

16        **Q.**    Do you know Ron Rosania?

17        **A.**    No.

18        **Q.**    Do you know Heider Garcia?

19              THE INTERPRETER:  Sorry, Counsel, how

20         do you spell that?

21              MR. CASE:  H-E-I-D-E-R, Garcia.

22        **A.**    Yes.  Heider Garcia is the person

23   responsible for the deployment of the electoral

24   system in Venezuela, one of the engineers that

25   created it.  One of the leaders and person

1    responsible for the implementation of the SAES

2    system, and its implementation of Dominion in the

3    Philippines.

4              He was the person in charge of

5    reconfiguring the 78,000 machines that failed in

6    the Philippines out of the error of Dominion Voting

7    Systems.

8              And I think that he's currently the

9    person assigned to be the elections manager in

10   Texas, the county of Dallas, Texas, he's in charge

11   of the elections.

12        Q.   You mentioned 78,000 machines that

13   were used in the Philippines.

14              Were those scanners?

15        A.   Yes.  It's equipment -- this is

16   equipment similar to the equipment that you use for

17   your elections here in the United States.  They're

18   either similar or identical.

19        Q.   And those scanners were configured and

20   programmed by Dominion Voting Systems?

21        A.   Dominion Voting Systems and

22   Smartmatic.

23        Q.   And what was the error in those 78,000

24   scanners that were used in the Philippine election?

25        A.   Oh, I did not mention what that error

1    was, it is worth noting.

2                    Those 78,000 had a failure five days

3    prior to the elections.  They had fully configured

4    from the very beginning, before they had even been

5    sent out and distributed throughout the different

6    islands in the Philippines.

7                    Dominion never handed over the source

8    code which, by law, they should have delivered to

9    the electoral authorities in the Philippines.  So

10   then, Smartmatic had to come and reconfigure a

11   piece of software that didn't belong to them.

12                    I think we need to understand one

13   thing here.  The electoral system used by

14   Smartmatic in the Philippines is the same one as in

15   Venezuela.  So what Smartmatic did was that it

16   integrated the equipment provided by Dominion into

17   its system.  And on stop of that, Smartmatic was

18   the manufacturer for the 78,000 scanners that

19   Dominion ended up selling to the Philippines.

20                    And so Heider Garcia went ahead and

21   reconfigured the equipment because the know how

22   about that was what was inherited from Sequoia,

23   knowing that Sequoia has SAES built into its

24   system, in its core.

25                    That's how Smartmatic was able to come

1    and resolve the problem that had been caused by

2    Dominion without any issues whatsoever, because

3    they were configuring their own system, basically.

4        Q.    And when you say that Sequoia had SAES

5    built into its system, did you mean that it had the

6    S-A-E-S data utility tool built into its system?

7        A.    In the case of the Philippines, yes.

8              But you have to remember that SAES

9    data utility tool is a tool that is outside,

10   external to the electoral system.  And the SAES

11   system, when we say SAES system, we're talking

12   about the entire electoral system.  Okay?

13       Q.    Now, turning back to Mr. Heider

14   Garcia, you mentioned that he was the head of

15   elections in Tarrant County, Texas?

16             Is that what you said?

17       A.    In the -- in Dallas county, in Dallas,

18   in Texas.

19       Q.    Thank you.

20       A.    I think he's the current head of

21   elections, the current head of the county in

22   Dallas.

23       Q.    Do you know a woman named Illiana De

24   Los Angeles?

25       A.    No.

1              **Q.**    Are you aware that Heider Garcia has

2       been named the new president of Hart Voting

3       Systems?

4              **A.**    No, I did not know.

5              **Q.**    Do you know a person named Alex Soto

6       Vasquez?

7              **A.**    No.

8              **Q.**    Do you know a person named Victor

9       Vasquez?

10             **A.**    Victor was a director or one of the

11      directors of Smartmatic.

12                      No, sorry, I apologize, he was a

13      manager of a warehouse in the Philippines -- I

14      mean, Taiwan, sorry.  Wait, wait, wait, sorry.

15                      Victor Vasquez is a manager, a manager

16      for Smartmatic, and he's currently been named as

17      part of the bribery case in the Philippines, or

18      2016 -- 2016 bribery case in the Philippines.

19                      I just got mixed up with another guy

20      called Victor Lopez, because Victor Lopez was a

21      manager of a warehouse in Taiwan, and he was the

22      person in charge of the manufacturing of the

23      equipment, one of the people in charge of the

24      manufacturing of the 78,000 scanners built for

25      development, that's why I got mixed up, I

1    apologize.

2              **Q.**    And who was Victor Lopez employed by

3    in Taiwan?

4              **A.**    Employed by Smartmatic.

5              **Q.**    Do you know a person named Ed Ryan

6    Macias?

7              **A.**    No.

8              **Q.**    Do you know a person named Eric

9    Coomer, C-O-O-M-E-R?

10              THE INTERPRETER:  C-O?

11              MR. CASE:  C-O-O-M-E-R, Eric Coomer.

12              THE WITNESS:  All I know is that

13         Mr. Coomer used to be the president of

14         Sequoia and then was the president of

15         Smartmatic United States around 2005/2006.

16    BY MR. CASE:

17              **Q.**    Do you know a person named Anselmo

18    Valdez?

19              **A.**    No.

20              **Q.**    Do you know a person named Hugo

21    Carvajal?

22              **A.**    Hugo Carvajal is -- or was what you

23    call here the National Security Advisor, the

24    National Security Advisor for President Hugo

25    Chávez.

1          **Q.**   Do you know if Hugo Carvajal was an

2    officer with Cuban intelligence?

3          **A.**   I do not.  He was the highest-ranking

4    intelligence officer in Venezuela.

5               Now, did he have contact with Cubans?

6    Of course.  Because Hugo Chávez had a relationship

7    with Cuba, and he was involved in all the

8    investigations against the people, or about --

9    investigating the people that surrounded the

10   president.

11              And Carlos Quintero, the one that

12   committed the fraud in 2008, I mentioned this to

13   you just a few questions back, was the second in

14   command right under Hugo Carvajal.  Hugo Carvajal

15   placed Carlos Quintero in the National Intelligence

16   Council so he could have control over the

17   elections.

18         **Q.**   Can you spell Carlos Quintero?  Can

19   you spell his last name, please?

20         **A.**   Q-U-I-N-T-E-R-O.

21         **Q.**   And your testimony is that Hugo

22   Carvajal placed Carlos Quintero in the National

23   Intelligence Council so Quintero would have control

24   over Venezuelan elections?

25         **A.**   He placed him as the technology

1    director so that he could have control over the

2    elections.

3              **Q.**    Did you have personal contact with

4    Carlos Quintero?

5              **A.**    He was my boss.

6              **Q.**    Are you aware that Hugo Carvajal has

7    recently pleaded guilty to a drug charge in the

8    Southern District of New York Federal District

9    Court?

10             **A.**    Yes.

11             **Q.**    And are you aware that Hugo Carvajal,

12   as part of his guilty plea, agreed to cooperate

13   with the U.S. Department of Justice in explaining

14   the connection between the Venezuelan government

15   and the drug cartels?

16             **A.**    No, I did not know that.

17             **Q.**    Are you familiar with the Windows

18   operating system software updates?

19             **A.**    Yes.

20             **Q.**    And when you were in Venezuela, did

21   you regularly supervise the regular implementation

22   of the monthly -- what's called the monthly

23   Microsoft patch?

24             **A.**    That's correct.  We had a team who was

25   in charge of maintaining the operating systems

1    update.

2              Q.    What is the monthly Microsoft patch?

3              A.    Well, these are different updates that

4    company considers are vulnerability and they are

5    forced to issue this patch to avoid from -- avoid

6    their system from being penetrated maliciously.

7              We need to know, we need to understand

8    that whenever Microsoft issues a patch or an update

9    is because, at that point in time, other people

10   have already been affected and their systems have

11   been breached.  These updates don't occur just

12   because the company is preemptively issuing them as

13   part of their normal processes.

14             These updates happen because somebody

15   attacked the system and somebody went ahead and

16   reported the issue.  That's when they create a

17   patch or an update and people do that.

18             Q.    Now, as the person responsible for the

19   voting system machines in Venezuela, what was your

20   procedure for handling the Microsoft patch?

21             A.    For the elections, all the machines

22   needed to go out having the latest updates.  And

23   then, on top of that, the operating systems for the

24   Window-based machines would be blocked.  You use an

25   image that does not allow anybody from modifying

1    it.

2                The difference with American software

3    is that your machines are not blocked, rather that

4    machines are left open, and each one of its element

5    or components can be accessed or used.

6                In Venezuela, we would disable and

7    turn off all the different processes or components

8    that are not going to be used that are not needed

9    for the elections.

10                In the United States, however, I can

11    go ahead and install a new component right on the

12    very day of the elections.  That's why, in

13    Venezuela, if you want to commit a fraud, you had

14    to use the tool SAES data utility tool.

15                In the United States, all I need is to

16    have access to the machine and know the

17    vulnerabilities, either of Windows or the electoral

18    system.  And from there, you can exert an attack

19    that is undetectable.

20        **Q.**    In general, would you say that

21    Smartmatic software was designed with two

22    principals in mind:

23                Number one, it's easy to rig

24    elections; and number two, it's hard to audit?

25        **A.**    That is correct.

1          **Q.**    And is the same true for Dominion

2     software, it's easy to rig an election with it and

3     it's hard to audit?

4          **A.**    That is correct.

5          **Q.**    Do you know about GEMS Software?

6     That's G-E-M-S.

7          **A.**    A little.

8          **Q.**    What do you know about GEMS Software?

9          **A.**    The little that I seem to remember is

10    that they were integrated with Diebold, the

11    company, and their suite of products.

12               Later on, that suite of programs were

13    acquired by Dominion Voting Systems in 2009 or

14    2010.  That's the only thing that I can remember

15    right now about this GEMS Company.

16         **Q.**    Now, you mentioned that elections in

17    Venezuela were rigged using Smartmatic software.

18               Do you know of other countries where

19    elections were rigged using Smartmatic software?

20         **A.**    No, I am not aware.

21         **Q.**    You mentioned somewhere in your

22    testimony about IP addresses.  Can you tell us a

23    typical IP address for Taiwan?

24         **A.**    Well, IPs go by ranges.  Each country

25    has a range.  If I'm not mistaken, as part of our

1    investigations, we would find some records of

2    communications using IP addresses, some IP

3    addresses from Taiwan.

4              And I think this was part of -- they

5    showed in the settings or configurations of the

6    firmware, and it was either the firmware or the

7    EPROM memory, that's E-P-R-O-M memory, which is a

8    temporary memory that is stored in each one of the

9    pieces of equipment.

10             That's what I recall right now, but I

11   can go over the details of the investigation and

12   maybe it will help me remember more clearly.

13        **Q.**    Can you tell us what a ballot image

14   is, please?

15        **A.**    The ballot image is the scanning of a

16   voting ballot through which you-all issue your

17   vote.

18             THE INTERPRETER:  I would like to

19             correct a prior translation of a temporary

20             memory and would like to correct that to a

21             volatile memory.

22             THE WITNESS:  This image is to be a

23             true and correct image of the paper ballot

24             that then later needs to be sent over to

25             the databases for it to be stored or backed

1          up there, and that transmission, the

2          transmission of that image or that backup,

3          may vary by county.

4               There are some counties that may

5          decide to only transmit the results and

6          other counties that may decide to transmit

7          both the results and the images.

8               Nevertheless, all the images are

9          stored in the flash cards that are in each

10          of the election devices.

11               MR. CASE:  Thank you.

12               We need to take a 15-minute break and

13          then we'll finish up by 5 o'clock.

14               THE WITNESS:  Okay.

15               THE VIDEOGRAPHER:  The time is

16          4:08 p.m.

17               We're going off the video record.

18               (A recess was held.)

19               THE VIDEOGRAPHER:  The time is

20          4:21 p.m.

21               We're back on the video record.

22     BY MR. CASE:

23          **Q.**   Sir, do you understand that you're

24     still under oath?

25          **A.**   That is correct.

1          **Q.**    You talked about ballot images.

2                    Can ballot images be changed inside

3     the computer?

4          **A.**    That is correct, yes, they can.

5          **Q.**    And is that true with Dominion

6     software?

7          **A.**    You would have to use Dominion's

8     software to be able to do a change or modification

9     of the ballot images in order for it to be

10    undetectable.  We're talking about the digital

11    ballots.

12                   We can also talk about more

13    sophisticated methods of how that can be done, but

14    yes, it's possible.

15         **Q.**    And is it possible to change ballot

16    images inside the computer using Smartmatic

17    software?

18         **A.**    No.  And you have to remember that

19    each system has its own structure.  The structures

20    are all similar when we're talking about different

21    types of electoral software.

22                   What you can do is that you use the

23    original software from the provider, you search for

24    it's vulnerabilities, and then you use it to be

25    able to change either images or data.  And when I'm

1    talking -- when I say data, we're talking about

2    vote tallies.

3            What the use of the system will allow

4    me to do is to do all of that in a way that cannot

5    be detected because you're using the same software

6    to sign for content that is not the original

7    content.  So then when you go ahead and you audit

8    that, you have no way of showing that those pieces

9    of data are incorrect.

10            There's no other way unless you go and

11    you file a case before the law, then you appear

12    before a judge and you get a judge to allow me to

13    actually go and inspect the system itself.

14            And this causes a big delay timewise.

15    And then, this can cause the time period where I am

16    mandated to keep information, data stored, this

17    time period can expire, and then you can delete

18    this data because the period machine dated by law

19    has expired.

20            And so then these companies are, of

21    course, going to claim intellectual property rights

22    in order to disallow any detailed inspection of

23    their source code because the only entity in charge

24    of the elections is either the county or the

25    secretary of state.

1      So this becomes a bureaucratic loop

2   that you cannot exit from.

3      **Q.**   So I want to wrap this deposition --

4   I'm sorry -- I'd like to wrap up this examination

5   under oath by summarizing your testimony.  And you

6   would just answer briefly to tell me that I'm

7   correct or incorrect.  So I'd like a yes or no.

8      **A.**   Okay.

9      **Q.**   So summarize, is it true that the

10  Venezuelan government paid Smartmatic to create

11  software that could be used by the Venezuelan

12  government to rig elections?

13     **A.**   That is true.

14     **Q.**   Is it true that Smartmatic sold its

15  software to the Venezuelan government to use in

16  elections?

17     **A.**   That is correct.

18     **Q.**   Is it true that you personally set up

19  the war room with technology that was used to rig

20  Venezuelan elections using Smartmatic software?

21     **A.**   I would like to make a correction.

22      The answer to the question as asked

23  would be no.  The reason we set up the war rooms

24  was in order to monitor the election.  The process

25  of manipulating the elections is as a result of the

1    responses that the war room receives.

2              And then they notify the technology

3    director of the National Electoral Council, which,

4    according to the stories that go around, that was

5    Leonardo Hernandez, Louis Campos, the cousin of

6    Delci, or Carlos Quintero, the second in command

7    under Carlos Carvajal.  So that would be the

8    correct way, as explained.

9              So, from the situation room, we, or I

10   did not have the authority to give an order to rob

11   an election or manipulate an election.  It was the

12   ministers or the presidents that would make the

13   decisions in those rooms and then notify of what

14   that decision had been.

15             And I would like to correct something

16   regarding the prior question, because I think I

17   misunderstood it.

18             The Venezuelan government gives the

19   contract to Smartmatic for it -- for to create the

20   Venezuelan electoral system, called SAES, and

21   financed it $250,000 U.S. dollars.  Then the

22   Venezuelan government paid it $140 million for them

23   to carry out the elections.  And, in return of that

24   $250,000 loan, the Venezuela stays or keeps the

25   software for the elections itself, keeps it.

1               As well as the 28 percent shareholder

2    interest of the company called Bizta, and both Visa

3    and Smartmatic have the same owners.  These are

4    sister companies set up to be able to carry out an

5    election.

6               I just wanted to make that

7    clarification.

8          Q.   Thank you.

9               Is it true that Smartmatic then

10   purchased Sequoia, an American company?

11         A.   Yes.

12         Q.   And is it true that Dominion then

13   purchased Sequoia from Smartmatic in 2010?

14         A.   That's correct.

15         Q.   And Eric Coomer was president of

16   Sequoia when it was purchased by Dominion.  True?

17              THE INTERPRETER:  Sorry, Counsel, can

18         I get that question again?

19              MR. CASE:  Yes.

20   BY MR. CASE:

21         Q.   Was Eric Coomer president of Sequoia

22   when it was purchased by Smartmatic?

23         A.   That is correct.

24         Q.   And was Eric Coomer subsequently

25   employed by Dominion after Dominion purchased

1    Sequoia?

2            **A.**    That's correct.

3            **Q.**    And is it true that Dominion acquired

4    from Sequoia the same Smartmatic software that was

5    used to rig elections in Venezuela?

6            **A.**    That is correct.  It acquired the

7    Venezuelan systems integration into the Sequoia

8    systems.

9            You cannot say that its exactly the

10   same because, semantically speaking, the company is

11   going to say that that is incorrect.  These are

12   parts of a system that are included in the new

13   systems.  This is what we call the central core,

14   the main functionality of the system.

15           **Q.**    Is it true that when you examined the

16   forensic images of the Mesa County election

17   management server, you saw the same security bugs

18   you were familiar with in the Smartmatic software

19   that was used to rig elections in Venezuela?

20           **A.**    The same system bugs which would be

21   used to manipulate or change an election.

22           And I can name what those bugs were.

23   These were errors in the encryption systems, they

24   had the source code in legible text for any program

25   to be able to read it -- to be able to read the

1    passwords written in plain text, which allowed you

2    to breach the system easier.

3         **Q.**    Is it true that Smartmatic created a

4    tool called S-A-E-S data utility, data UTIL?

5         **A.**    That is correct.  And it's recorded

6    that tool is named in the studies and configuration

7    manuals.

8         **Q.**    And that tool was created to test the

9    element of the system within an election.  Is that

10   true?

11        **A.**    That is correct.  That is -- that is

12   its main function.

13        **Q.**    But that tool can be misused to

14   emulate a voting machine?

15        **A.**    That is correct.  To emulate voting

16   machines.

17        **Q.**    And that tool, when it's misused, can

18   be used to rig elections that are run on Smartmatic

19   software?

20        **A.**    That is correct.

21        **Q.**    And is it true that S-A-E-S is the

22   brand name for Smartmatic software?

23        **A.**    That is correct.  Smartmatic software

24   products that belong to the Venezuelan government,

25   that are property of the Venezuelan government.

1    **Q.**    Is it true that the S-A-E-S data

2    utility is like a key to a house:  If one has the

3    key, one can enter the house undetected, and when

4    they leave, no one will know they were there?

5        **A.**    That's correct.

6        **Q.**    And is it true that the S-A-E-S data

7    utility was used to rig election in Venezuela by

8    injecting false ballots?

9        **A.**    That is correct.  False votes, false

10    votes, because Venezuela does not use ballots like

11    the United States does.

12        **Q.**    Is it true that the Dominion Voting

13    System software architecture is essentially the

14    same as Smartmatic voting system architecture?

15        **A.**    They have enough similarity that they

16    can operate in an integrated manner.

17                In other words, they can operate

18    gently.  But let's remember that they cannot be

19    identical for intellectual property issues.  So

20    what we do is that we integrate the functionality

21    of the parts that we need to use.

22        **Q.**    Since Dominion Voting Systems and

23    Smartmatic software architecture are essentially

24    the same, could a data utility tool similar to

25    S-A-E-S data utility be misused to manipulate

1    elections in Dominion Voting System voting

2    computers?

3         **A.**    That is correct.  That is possible.

4         **Q.**    Is it true that the Venezuelan voting

5    system created by Smartmatic used computer

6    components manufactured in China and assembled in

7    Taiwan?

8         **A.**    That is correct.

9         **Q.**    Is it true that the Dominion Voting

10   System used in the United States today uses

11   computer components manufactured in China and

12   assembled in Taiwan?

13        **A.**    That is correct.

14        **Q.**    Under U.S. law, is it legal or illegal

15   to use computer components made by our enemy, The

16   Peoples' Republic of China, within critical

17   infrastructures within the United States?

18        **A.**    It's illegal.

19        **Q.**    And is it true that Dominion Voting

20   Systems uses computers with components made by our

21   enemy, The Peoples' Republic of China?

22        **A.**    Yes, it does.

23        **Q.**    And because the Dominion Voting System

24   supply chain has not been secured to ensure that

25   there is no foreign access or compromise of the

1    voting system, is it true that Dominion voting

2    system computers cannot be legally certified for us

3    in U.S. elections?

4         **A.**    You cannot trust a system that you can

5    not buy.  So they shouldn't be trusting company,

6    whatever their name is, unless they go through on

7    an inspection.

8              And even more so, in critical

9    infrastructure as in the electoral

10   infrastructure -- elections infrastructure.

11        **Q.**    The information that you've testified

12   to today, have you ever given that information

13   before to the Federal Bureau of Investigation in

14   the United States?

15        **A.**    No.

16        **Q.**    The information that you've testified

17   to today, have you given it to lawyers for the

18   United States Department of Justice?

19        **A.**    Lawyers?  No.

20        **Q.**    Have you given this --

21        **A.**    Would prosecutors be lawyers?

22        **Q.**    Yes.

23        **A.**    That's my question?

24              Yes, yes, definitely, we have provided

25   that information.

1      **Q.**    Have you given this information to

2   investigator for the United States government?

3          **A.**    Yes.  Part of this information, part

4   of what I have told you today.

5          **Q.**    When?  What year was the first time

6   that you gave this information to any

7   representative of the United States government,

8   whether they were an investigator or a -- or a

9   lawyer or a prosecutor for the Department of

10  Justice?

11         **A.**    I would like to not answer that

12  question, because I don't know if I'm breaking any

13  rules, because I may say that I have worked with

14  some prosecutors and I may not be allowed to

15  provide you that information here.

16              Because just as you are in the midst

17  of your investigation, these other people are also

18  doing their investigation, and I don't want, you

19  know, to create a problem with the investigations.

20              And why I'm answering this way is

21  mainly because I do not know what the law says, so

22  I prefer to err on the side of caution and not

23  answer that.  I hope you understand.

24         **Q.**    I understand.

25              Can you tell us the year that you

1    first gave information about the vulnerabilities

2    and insecurities in the U.S. voting system to any

3    representative of the United States government?

4              What year did you first give them that

5    information?

6         **A.**    The year would be 2024.

7         **Q.**    What month in 2024, please?

8         **A.**    March.  It was March or April when

9    individuals were notified.

10         **Q.**    And so after you gave this information

11    to the United States government in March of 2024,

12    our government went ahead and used that same voting

13    system to run the 2024 elections; is that correct?

14         **A.**    Yes.  I suppose that they have to

15    validate the -- the investigation or the

16    information that we're presenting them.

17              And I believe that this delay in them

18    not taking action with the information that we have

19    provided them with, is because they have to first

20    corroborate each one -- each and every one of the

21    points that we have exposed or explained to them in

22    our different reports and videos.

23              So I cannot put into question the

24    timing of the actions of the government entities.

25         **Q.**    Sir, have you understood all of my

1    questions this afternoon?

2        **A.**    A hundred percent.

3        **Q.**    Have you answered all questions

4    truthfully?

5        **A.**    Truthfully, totally truthfully and

6    only with the truth.

7        **Q.**    And were your answers based on your

8    personal knowledge?

9        **A.**    Very much.

10            MR. CASE:  Thank you very much for

11            coming and giving us this information

12            today.

13            THE WITNESS:  Okay.  Thank you very

14            much.

15            THE VIDEOGRAPHER:  This concludes the

16            under oath examination of the confidential

17            witness.

18            The time is 4:55 p.m.

19            (The following discussion was held off

20            the video record:)

21            MR. CASE:  Teresa, I'll need these by

22            tomorrow morning, please.

23            THE STENOGRAPHER:  That's no problem,

24            but I can also have them to you by this

25            evening instead, if you'd like.

1          MR. CASE:  That would be perfect.

2          (The examination under oath was

3      adjourned at 4:55 p.m.)

4               -   -   -

1                    CERTIFICATE OF OATH

2

3    THE STATE OF FLORIDA

4    COUNTY OF PASCO

5

6

7            I, Teresa R. Cruise, Notary Public, State

8    of Florida, certify that JOSE VEGA remotely

9    appeared before me on the 18th of September, 2025,

10   and was duly sworn.

11

12           Signed this 18th day of September, 2025.

13

14

15

16

17

18

19   _____
                    TERESA R. CRUISE, CRR, RPR, FPR-C
20                  Notary Public - State of Florida
                    Commission Number: HH351124
21                  Expiration Date:  02/25/2027

22

23

24

25

```
 1                      CERTIFICATE OF OATH

 2

 3    THE STATE OF FLORIDA

 4    COUNTY OF PASCO

 5

 6

 7            I, Teresa R. Cruise, Notary Public, State

 8    of Florida, certify that CONFIDENTIAL WITNESS

 9    personally appeared before me on the 18th of

10    September, 2025, and was duly sworn.

11

12            Signed this 18th day of September, 2025.

13

14

15

16

17

18

19    _____
              TERESA R. CRUISE, CRR, RPR, FPR-C
20            Notary Public - State of Florida
              Commission Number: HH351124
21            Expiration Date:  02/25/2027

22

23

24

25
```

1                    C E R T I F I C A T E

2        THE STATE OF FLORIDA
         COUNTY OF PASCO
3

4              I, Teresa R. Cruise, a Certified
         Shorthand Reporter, do hereby certify:
5
               That I was authorized to and did
6        stenographically report the foregoing examination
         under oath of CONFIDENTIAL WITNESS, pages 1 through
7        61, that a review of the transcript was not
         requested, and that the transcript is a true record
8        of my stenographic notes.

9
               I further certify that I am not a
10       relative, employee, attorney, or counsel of any of
         the parties, nor am I a relative or employee of any
11       of the parties' attorneys or counsel connected with
         the action, nor am I financially interested in the
12       action.

13             The foregoing certification of this
         transcript does not apply to any reproduction of
14       the same by any means unless under the direct
         control and/or direction of the certifying
15       reporter.

16
               DATED this 18th day of September, 2025.
17

18

19

20       _____
         TERESA R. CRUISE, CRR, RPR, FPR-C

21

22

23

24

25