IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25-cv-00425 STV

**TINA M. PETERS,** Applicant,

v.

**MOSES "ANDRE" STANCIL** in his official capacity as the Executive Director of the Colorado Department of Corrections, and **PHILIP J. WEISER**, in his official capacity as Attorney General of the State of Colorado, Respondents

_____

### APPLICANT'S RESPONSE TO TERPSEHORE MARAS' AMICUS CURIAE BRIEF
_____

In response to the Court's Minute Order (ECF 69), Applicant Tina Peters is always in favor of this Court considering Amicus Curiae Briefs which support her release on bond. In this case, the brief of Terpsehore Maras and 3,057 other citizen petitioners (ECF 68), raises considerations which are not pertinent to the First Amendment first issue. However, even the irrelevant considerations reflect the public interest in correcting injustice which affects more than just the prisoner. The injustice to Tina Peters affects the whole country. The imprisonment of an American citizen based on what she might say is anathema to the First Amendment and the spirit of open debate which keeps America free.

WHEREFORE, Applicant prays that the Court permit the Amicus Brief of Terpsehore Maras and 3,057 other citizen petitioners (ECF 68), and consider the arguments within it which pertain to freedom of speech, and observe for context the remaining issues which are raised.

Respectfully Submitted September 26, 2025.

| | |
|---|---|
| Patrick M. McSweeney | *s/ John Case* |
| Robert J. Cynkar | John Case |
| McSweeney, Cynkar & Kachouroff, PLLC | John Case, P.C. |
| 3358 John Hill Tree Road | 6901 S. Pierce St. #340 |
| Powhatan, VA 23139 | Littleton CO 80128 |
| (804) 937-0895 | (303) 667-7407 |
| patrick@mck-lawyers.com | brief@johncaselaw.com |

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

  /s/ Peter Ticktin
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
Serv512@LegalBrains.com

*Co-counsel for Applicant Tina M. Peters*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on counsel of record via the email addresses that counsel registered with the Court's ECF system.

<u>s/ Linda Good</u>