1  EXAMINATION UNDER OATH OF CONFIDENTIAL WITNESS

2

3  DATE:      AUGUST 18, 2025

4  REPORTER:  KIMBERLY ROBERTS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    APPEARANCES

2

3    Stefanie Lambert, Esquire

4

5    Also Present: ███████████ Videographer; Donovan

6    Valencia, Spanish Interpreter; Deputy ██████████

7    Sheriff Dar Leaf

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               INDEX

2                        Page

3    PROCEEDINGS                    5

4    DIRECT EXAMINATION BY MS. LAMBERT        9

5    EXAMINATION BY MR. ██████        37

6    EXAMINATION BY SHERIFF LEAF        39

7    REDIRECT EXAMINATION BY MS. LAMBERT    39

8    RE-EXAMINATION BY SHERIFF LEAF        40

9    RE-EXAMINATION BY DEPUTY ██████        41

10   FURTHER DIRECT EXAMINATION BY MS. LAMBERT   41

11

12               EXHIBITS

13   Exhibit                Page

14   1    Photograph            36

15   2    Photograph            36

16

17

18

19

20

21

22

23

24

25

1                  STIPULATION

2

3   The VIDEO Examination Under Oath of CONFIDENTIAL WITNESS

4   was taken at MILESTONE REPORTING COMPANY, 315 EAST

5   ROBINSON STREET, SUITE 510, ORLANDO, FLORIDA 32801, via

6   videoconference in which all participants attended

7   remotely on MONDAY the 18th day of AUGUST 2025 at

8   approximately 8:46 a.m. (ET); said Examination Under

9   Oath was taken pursuant to the AGREED UPON RULES OF THE

10   PRESENT PARTIES.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              PROCEEDINGS

2          THE VIDEOGRAPHER:  Here begins the examination

3      under oath of XXXXXX XXXXXXX.  Today's date is

4      August 18, 2025, and the time is 8:46 a.m.  Will

5      Counsel please introduce themselves for the record?

6          MS. LAMBERT:  Good morning, everyone.  My name

7      is Attorney Stefanie Lambert.  I'm here on behalf of

8      Sheriff Dar Leaf to ask some questions of XXXXXX

9      XXXXXXX, who's present to my left.  If you could

10     please introduce yourself?

11         THE WITNESS:  Hi, my name is XXXXXX XXXXXXX.  I

12     am a -- voter to say information about related

13     elections.

14         MS. LAMBERT:  Thank you.  And then should we --

15     is there anything that we -- do you want to say that

16     in Spanish as well or --

17         THE WITNESS:  Yes.

18         MS. LAMBERT:  Okay.

19         THE WITNESS:  My name is XXXXXX XXXXXXX.  And I

20     am here to help with information about the

21     manipulation of what is the elections.  My

22     experience and what I witnessed in the election in

23     Venezuela, and everything that I witnessed.

24         MS. LAMBERT:  Thank you.  And sir, if we could

25     put on the record your name and your credentials as

1    a translator, please?

2        THE INTERPRETER:  Name is Donovan Valencia.

3    I've been an interpreter professionally for 25

4    years.

5        MS. LAMBERT:  Thank you.  And are you fluent in

6    Spanish?

7        THE INTERPRETER:  I am.

8        MS. LAMBERT:  Thank you.

9        MR. ███████ Deputy ██████████ with Barry

10   County Sheriff's Office, Election Task Force.

11       MS. LAMBERT:  And can we please introduce the

12   sheriff?  The sheriff will be appearing by video and

13   audio on a separate device, but he's going to be

14   able to hear throughout the duration of this

15   interview and ask any questions that he desires for

16   this voluntary interview.

17       Sheriff, could you please turn on your camera

18   and, you know, introduce yourself to Mr. XXXXXXX?

19       MR. LEAF:  I don't see where I can turn on the

20   camera.

21       MS. LAMBERT:  The video camera button.

22       MR. ██████:  There should be a video camera

23   button on the bottom left of your display.

24       MR. LEAF:  Bottom left says signal.  And I got

25   a video with a circle and the video camera lens.

1        MS. LAMBERT:  Correct.  Touch that.

2        MR. LEAF:  Oh, it won't go.

3        MS. LAMBERT:  Okay.  Interesting.

4        MR. LEAF:  Oh, there we are.  Can you see me

5    now?

6        MS. LAMBERT:  No.

7        MR. LEAF:  No?

8        MR. ████    Oh, yeah.  There we go.

9        MS. LAMBERT:  There.

10        MR. LEAF:  --

11        MS. LAMBERT:  Hi, Sheriff.

12        MR. LEAF:  Hello.

13        MS. LAMBERT:  Do you want to pass the device to

14    Mr. XXXXXXX so --

15        THE WITNESS:  Hi.  Good morning.

16        MS. LAMBERT:  Thank you.  This is --

17        THE WITNESS:  --

18        MS. LAMBERT:  -- Sheriff Dar Leaf.  Sheriff, if

19    there's anything -- I know you're going to mute in

20    the background, but you'll be able to hear.  If any

21    point you lose connection, please give us a call and

22    let us know that.  And if you have any questions, if

23    you let us know that you want us to take a break,

24    okay?

25        MR. LEAF:  Sure --

1          MS. LAMBERT:  And then I'll proceed.  Thank

2     you.

3          MR. LEAF:  --

4          MS. LAMBERT:  Thank you.  Yeah, can you swear

5     the witness, please?

6          THE VIDEOGRAPHER:  Would the court reporter

7     please swear in the witness?

8          THE REPORTER:  Sure.  Sir, will you please

9     raise your right hand?  Do you solemnly swear or

10    affirm that the testimony you're about to give will

11    be the truth, the whole truth, and nothing but the

12    truth?

13         THE INTERPRETER:  With all due respect,

14    shouldn't I be sworn in first --

15         THE REPORTER:  Yes.

16         THE INTERPRETER:  -- and then interpret the --

17         THE REPORTER:  I'm sorry.  I was going to do

18    that, too --

19         THE INTERPRETER:  That's all right.

20         THE REPORTER:  -- sir.  Let's start with the --

21         THE INTERPRETER:  That's all right.

22         THE REPORTER:  Let's start with Mr.

23    Interpreter.  Sir, do you swear or affirm that you

24    will truly and correctly translate these proceedings

25    from Spanish into English and from English into

1     Spanish?

2         THE INTERPRETER:  I do.

3         THE REPORTER:  Thank you.  And sir, do you

4     solemnly swear or affirm that the testimony you're

5     about to give will be the truth, the whole truth,

6     and nothing but the truth?

7         THE WITNESS:  Yes, I swear.

8         THE REPORTER:  Thank you.

9         MS. LAMBERT:  All right.  If we can proceed.  I

10    -- battery last?

11        MR. ██████     Yes, my battery's full.

12        MS. LAMBERT:  Okay.  All right.  We could

13    probably prop that up if you need to --

14        MR. ██████:  Sure.

15        MS. LAMBERT:  -- some way.

16            DIRECT EXAMINATION

17         BY MS. LAMBERT:

18     Q.   Mr. XXXXXXX, thank you for coming today for

19    this interview.  Obviously a voluntary interview. You're

20    free to leave at any time.  We just have -- that you

21    answer every question truthfully and so I'll just begin

22    by asking you your full name, where --

23     A.   Yes.  My name is XXXXXX XXXX XXXXXXX

24    XXXXXXXXX.

25     Q.   And what country are you from?

1    A.   I was born in Venezuela and raised in

2    Venezuela.

3        Q.   Okay.  And what is your employment history in

4    Venezuela?

5        A.   I was the -- I was the boss of security for

6    the deceased president, Hugo Chavez Frias, for -- for 13

7    years.

8        Q.   Approximately what year did you begin working

9    as the chief for manager of the security for Hugo

10   Chavez?

11       A.   From the year 2000, I started my career next

12   to the president, Chavez.

13       Q.   Did you work with and see Hugo Chavez on daily

14   basis?

15       A.   Yes.  I was always next to him in all of the

16   private meetings and the state meetings.

17       Q.   Did you work with him every day?

18       A.   Yes.  24/7.  I was always there.

19       Q.   Okay.  Did you ever attend any meetings that

20   involved the CNE?

21       A.   Yes, in the beginning initially with -- was

22   with Hugo Chavez and the one that was the president at

23   the time of the CNE, was George Rodriguez.

24       Q.   And what does CNE stand for?  What does it

25   mean?

1      A.   It's the National -- Consejo Nacional

2    Electoral.  It is the authority in charge of all of the

3    elections in what is all of Venezuela.

4      Q.   To your knowledge, does the CNE have any

5    involvement with a fake company known as Smartmatic?

6        THE INTERPRETER:  The company name again?  I'm

7    sorry, I didn't catch that well.

8        MS. LAMBERT:  Smartmatic.

9        THE WITNESS:  Yes, they obtained a contract to

10    carry on all of the elections in course in

11    Venezuela.

12        BY MS. LAMBERT:

13      Q.   Did you observe any individuals from

14    Smartmatic in the meetings with CNE?

15      A.   Yes, they had secret meetings.  And present

16    there was President Chavez and Mr. Jorge Rodriguez, the

17    president of the CNE, and the founders of the

18        Smartmatic: Pinate, Mugica, and Anzola were

19    there. Where initially, in that meeting, President

20    Chavez ordered to create a software to -- to guarantee

21    them to always win the elections, whichever elections

22    there were always in Venezuela.  And there, he gave

23    them, by word, a guarantee for the software financial of

24    100 -- of $100 million, but that that would increase as

25    they were developing the software.

1        Specifically in the meeting, Chavez would say

2    that they had to guarantee, with the creation of the

3    software, that all of -- that -- that in all of the

4    elections that they were competing in, that they would

5    always have the election result in their favor without

6    anybody ever knowing.

7        Q.  I -- let's break that down a little bit.  I

8    think you said he guaranteed $100 million.  Who are you

9    referring to guaranteed the $100 million initially?

10       A.  The President Hugo Chavez Frias.

11       Q.  And do you recall specifically the individuals

12   from Smartmatic that he made that promise to related the

13   $100 million?

14       A.  Yes.  Yes.  Jorge Pinate and Antonio Mugica

15   were the original founders of the CNE.

16       Q.  And do you have any knowledge of where the

17   $100 million would be paid from?

18       A.  Yes.  All of the funds were coming from the

19   petroleum company, PDVSA, Petroleo de Venezuela Sociedad

20   Anonima.

21       Q.   Did you witness any of the financial

22   transactions?

23       A.  I did -- I did not see them when they were

24   made, but I was present when they authorized the

25   commencement of the payments to be made.

1    Q.   Who was directed to make the payment?

2    A.   President Hugo Chavez would instruct the --

3    the minister of energy, Raphael Ramirez, to do it.

4    Q.   And approximately how many times did you

5    witness orders to this response?

6    A.   It was around three meetings that were done

7    on. The first one was where the $100 million were

8    offered. And that after that -- and after that,

9    President Chavez said that it was going to be a $100

10    million.  And then it would go over $100 million to make

11    -- strike that.

12         At first, it was -- strike that.  President

13    Chavez said that it was going to be over $100 million.

14    And then after that, it would increase so long as they

15    -- as long as they could need -- as long as they could

16    create the software within the measures that he had

17    asked for.

18    Q.   Did you become aware of any additional

19    Smartmatic individuals in these meetings?  If I asked

20    you a few names, would you tell me if they sound

21    familiar to you?

22    A.   On the private meetings, only the founders of

23    Smartmatic were present, which was Anzola, Mugica, and

24    Pinate.  But in the meetings that were not so secret,

25    Jorge Rodriguez always had people that were associated

1   with Smartmatic present in those meetings.  And I could

2   recognize some faces that were in those meetings.

3       Q.  Let's go into a little bit more detail.

4   Approximately how often would the secret meetings take

5   place between Hugo Chavez and the founders of

6   Smartmatic?

7       A.  It was four meetings, and they would get

8   together every two months.  Well, in four months, they

9   got together and had meetings four times, but -- but

10  within those four months, they would see each other

11  every 15 days.

12      Q.  And --

13          THE INTERPRETER:  The sound cut off.

14          MS. LAMBERT:  Oh, I'm sorry.  Can you hear me

15  now?

16          THE INTERPRETER:  Yeah.

17          MS. LAMBERT:  Okay.

18           BY MS. LAMBERT:

19      Q.  Do you recall the locations of the secret

20  meetings?

21      A.  Yes.  It was in the International Airport of

22  Maiquetia at the international ramp, where they have

23  some offices there and a bunker, big enough and -- big

24  enough and adapted to be able to have secret meetings.

25      Q.  And did Hugo Chavez remain in contact with the

1  founders of Smartmatic after these meetings that you

2  described?  You know, was it more before?

3      A.  Yes.  He was always in contact so that he

4  could know how they were going along with creating the

5  software and -- and that they would do demonstrations

6  and samples of how it was -- how the software was going

7  to work.

8      Q.  Were you present for any of the

9  demonstrations?

10     A.  Yes.  They did a demonstration of how the

11 machine was going to work once they would select the

12 vote.  And after that, how they were going to change the

13 vote to the person that they wanted.  But the person

14 that was doing the voting would not know that the vote

15 was being changed through the software.

16     Q.  Did you witness this vote manipulation?

17     A.  Yes, I was there looking.

18     Q.  In the meetings that were not the secret or

19 the private meetings, were any of the Smartmatic

20 engineers present to your knowledge?

21     A.  Yes.  They were not always together, but there

22 was always a representative of them, either Mugica or

23 Pinate.

24     Q.  Approximately how many people would be in

25 these meetings.

1       A.   I remember it was about eight people and

2    having to do with the voting systems.  And these

3    meetings were the ones that were apart.  They were not

4    the ones that were the secret meetings with President

5    Chavez.

6       Q.   And did these meetings involve the CNE or was

7    it just Hugo Chavez and the Smartmatic employees?

8       A.   It was the CNE represented by Ms. Rodriguez

9    and a technician or an engineer.

10      Q.   Do you recall if one of the engineers -- does

11   the name Ronald Morales sound familiar to you?

12      A.   Yes, it does.  Yes, it does sound familiar.

13      Q.   What about Eric Kumer (phonetic)?

14      A.   No.  Does not sound familiar.

15      Q.   David Marino?

16      A.   Yes, it sounds familiar.

17      Q.   At any point, did you witness an actual

18   election --

19          THE INTERPRETER:  I'm sorry, Counsel, your

20      voice got cut off on the transmission.

21          BY MS. LAMBERT:

22      Q.   At any point did you witness an election take

23   place in --

24          THE INTERPRETER:  "At any point did you witness

25      an election take place?"  Was that the question?

1        MS. LAMBERT:  Yeah, in Venezuela.

2        THE WITNESS:  Yes.  I was present in all of the

3    elections for the president, Chavez.  And where I

4    was really able to detect the -- and where I was

5    able to detect where the software works to win the

6    election was in 2013.  In the election to where is

7    -- where the actual president, Nicolas Maduro was,

8    and Capriles Radonski was the opponent.

9        On that day, whenever the election -- the

10   entire day when the election was being carried out,

11   and the opposing candidate was winning by 10:00 in

12   the morning by 2 million votes.

13       Once the party, the actual party, that was in

14   power in Venezuela, the PSU, once they noticed that

15   they were losing, they gave the order to manipulate

16   the votes.  And that they had to inflate the votes

17   for Nicolas Maduro's over Capriles Radonski.  So I

18   was in a room that was prepared with monitors with

19   every state.

20       And -- and there, I was able to see in real

21   time how they were adding those votes in every state

22   in Venezuela.  And you could see where the opposing

23   candidate was leading with a supreme advantage over

24   the opponent.  And so, that they ordered that the

25   vote had to be changed, and to cut off, in the whole

1    country, the internet.  So that -- at that

2    particular moment, I start seeing in real time, in

3    the monitors, where they start to change the vote,

4    and I saw them change it from the opposing candidate

5    to the candidate for the government, in state by

6    state.

7        So when they were sure that they were winning

8    over the opposing candidate, they then again put the

9    internet to work again.  They turned the internet

10   back on.  And at that moment, the difference in

11   votes that the government had were 200,000 votes

12   over the opponent. But in the morning -- at 10:00 in

13   the morning, when they noticed that they were losing

14   the election, the difference was of 2 million votes.

15       So they inflated the votes for the government's

16   candidate over the 2 million votes to 200,000 votes

17   over.  And they did all of that through the

18   software.

19       BY MS. LAMBERT:

20    Q.   How did you know that this was not an accurate

21   or legitimate vote tally?

22    A.   I do not understand the question.  Can you

23   repeat it again?

24    Q.   Sure.  It appears that you have the impression

25   that this is not a fair election and that the results

1    were wrong.  How do you know that?

2        A.   Because when they do the demonstration for

3    Chavez of how the software worked, at that time, which

4    was years before, 2003-2002, in that demonstration, they

5    explained to him exactly how the vote was going to be

6    manipulated.

7            And that same -- and that same thing that they

8    did at that moment, they did it in 2013 with the same

9    action to where they would inflate or change the vote to

10   the candidate that they wanted.

11       Q.   Where were you physically located when this

12   happened in -- is it 2013?

13       A.   That was in the Caracas main buildings, to

14   where the end, to where Jorge Rodriguez, which was the

15   president of the CNE, was the mayor of Caracas.

16           And there, at the Caracas mayor's office,

17   exists a secret room to where they had all of the

18   monitors, state by state, with all of the operating

19   system for Smartmatic to change the vote.  It's a --

20   it's a secret room to where only four people knew that

21   it was there.

22       Q.   And were you present in this secret room?

23       A.   Yes.  Yes, I went there together with Diosdado

24   -- with Diosdado Cabello, which was the President of the

25   National Assembly of Venezuela, because he was also the

1    Vice President of the United Socialist Group of

2    Venezuela.  And Jorge Rodriguez was also the -- was also

3    the Election Director at the moment in -- of the party.

4    And they were the ones in charge to guarantee that the

5    election would go in favor of Chavez.

6         When they were monitoring the votes, and they

7    noticed that they were losing, they called Nicola

8    Maduro, and they -- and they told them that they had to

9    proceed with the software to change the votes.  Because

10   if not, they were going to lose the presidential

11   election.

12     Q.   Did this conversation take place in the room,

13   or was it a phone call, or did you leave?  How did that

14   take place?

15     A.   At first, they were monitoring it from the

16   mayor's office in -- of Jorge Rodriguez in Caracas

17   through the CNE, that was giving them real-time election

18   updates of the elections.  And once they knew that by

19   that time the results were that they were losing, they

20   made the decision to change the votes and manipulate the

21   election.

22         And they then went into the secret room, which

23   is within a wall that is hidden inside of Jorge

24   Rodriguez's office.  And there is where they had the

25   monitors that were, in real time, monitoring the

1    election -- presidential elections in real time.

2          So that's when they start, state by state, to

3    turn the vote, to change the vote.  With the software

4    directly in each state, they were able to change the

5    vote right there and then on that platform.

6      Q.   Did you hear anyone actually given instruction

7    to change the vote?

8      A.   I'm sorry, Counsel, I didn't catch.

9      Q.   Did you hear anyone give an instruction to

10   change the vote tally --

11     A.   In that election, it was for Nicolas Maduro,

12   but there, they took on the decision, Diosdado Cabello,

13   Jorge Rodriguez, and the one that was the husband of

14   Hugo Chavez's daughter.  His name was Arreaza -- Jorge

15   Arreaza.

16          Then -- the three of them then knew that that

17   was the precise moment to change the electoral vote.  So

18   they called Nicolas Maduro by phone, and they told him

19   -- and they told him that, "We need to change it now

20   because the opposing candidate has too much of an

21   advantage over us."  If it was done any later, that --

22   would not be able to do the voter manipulation or the

23   voter fraud manipulation with the software.

24     Q.   Sorry.  Did you hear this conversation?  Were

25   you present for it?

1    A.   Yes.  Yes, all of -- yes, all of the

2    conversation that they had on the voter manipulation,

3    that they had to change the vote, and that they had to

4    do it at that moment so that they would have enough time

5    to inflate the votes because it would cut off the

6    internet, and they had to work that within four hours to

7    manipulate the vote in each state.

8        Q.   Was this communicated to CNE or to Smartmatic

9    to your knowledge?

10    A.   It was secret, let's say, between Jorge

11    Rodriguez and the Smartmatic.  Well, let's say that it

12    was secret in between the highest levels of government

13    and Smartmatic.

14        Q.   But what did you witness that related to the

15    communication?  Were you aware of any communication

16    between CNE, Smartmatic in this meeting?

17    A.   Yes, because Jorge Rodriguez, which was the

18    president of the CNE, he would manage the entire system

19    with Smartmatic.  He already had the codes to access the

20    software to do the vote change, but he was always in

21    communication with the ones from Smartmatic, which was

22    Anzola, Pinate, and Mugica.

23        Q.   To your knowledge, did he communicate with

24    them from this secret room?

25    A.   Not in the room, but already outside in the

1   office, they had already had a conversation by telephone

2   with Antonio Mugica and letting them know that the

3   election was being lost, and that they had to do a

4   change that instant.

5       Q.   Okay.  Were you present for that conversation?

6       A.   Yes.

7       Q.   At any point, did you -- after you witnessed

8   these conversations, did you see the vote total change

9   in a way that indicated to you that there had been

10  manipulation?

11      A.   Yes, I saw once they turned the internet back

12  on that in each monitor of each state, the votes were in

13  favor of the government's candidate.

14      Q.   Did you witness anyone's reaction that

15  indicated anything to you?

16      A.   Once they saw that the results were embedded

17  and were present in the monitors, they were happy.  So

18  then they got in touch with Nicolas Maduro, which was

19  the government's candidate, and let him know that they

20  have the votes under control.

21      Q.   How do you know that they let him know that

22  they had the votes under control?

23      A.   They called him -- they called him in my

24  presence and informed him of the whole situation that

25  was happening.  And I saw it myself.

1      Q.   Were you present for the conversation where

2   they informed him of this information?

3      A.   Yes, I was there present.  I would also like

4   to say something so that you can understand why it was

5   that I was there.  When Chavez died, Diosdado Cabello

6   asked that my services would then be for him, whom was

7   the president of the Venezuelan Assembly.

8           So I was working the same role as security

9   official for Chavez, then I was doing it for Diosdado

10   Cabello.  And that's why I knew, at that moment, all of

11   the secret happenings and where they were -- and where

12   they were doing all of the voting manipulations, which

13   nobody else would have been able to be there observing,

14   because I was one of the ones in charge so that nobody

15   would know where they were meeting in secret.

16           But I had the capacity to be able to go in and

17   observe what it was that they were doing and then come

18   back out as well.

19      Q.   Approximately, over the years, how many

20   elections did you witness similar behavior where the

21   election results were in progress and there was some

22   type of order or instruction to CNE or Smartmatic to

23   manipulate the election?

24      A.   In the previous presidential elections where

25   President Chavez did not have enough of the popular

1    votes needed with the same opposing candidate, Capriles,

2    and let's say the most valuable evidence that I would

3    have of that is that I, myself, executed the vote.

4        And I voted against President Chavez, but the

5    vote paper that was printed out, it showed that my vote

6    went in Chavez's favor.  And the area where the machine

7    was located was a building that was belonging to -- and

8    it was belonging to the United Party -- United Socialist

9    Party of Venezuela.

10        So then that -- so then that machine was even

11    more altered.  That machine would print out a vote in

12    favor of -- in favor of the president.  But my action,

13    my vote, was against President Chavez.  And I had the

14    proof in my hand, and the same thing was happening to a

15    lot of the people that were doing the vote -- that were

16    voting.

17    Q.   Approximately, how many times were you in the

18    secret room for various elections?

19    A.   That was the first time that I discovered the

20    secret room in 2013.

21    Q.   Were you present for the other elections where

22    you had any information other than your personal vote

23    conversation, behavior, meetings that indicated to you

24    that those elections were not fair?

25    A.   In -- in the same reaction that the country

1  was having in the Boca de Urna, which was the elections

2  results when they come out, that date, they do a poll on

3  the population of, like, "What was your vote?"  And the

4  majority was always against the president, Hugo Chavez,

5  or if they were for mayors or governors.  Year by year,

6  they were taking a state, and it was through the

7  software, did not make -- did not make it seem like it

8  -- it was a total manipulation of the elections.

9      Q.   At any point, did you have any knowledge of a,

10  you know, significant plan of any sort that impacted

11  more than Venezuela?

12      A.   Yes.  Because, initially, Hugo Chavez, with

13  the initial meetings with Smartmatic, which was Anzola,

14  Mugica, and Pinate, where the -- President Chavez there,

15  he expressed that he wanted to project his Bolivarian

16  project, and he called it Projecto Revolucionario of El

17  Siglo XXI.  And he wanted initially to place presidents

18  in every country in Latin America initially, and the

19  help was going to be through the help of the software,

20  Smartmatic.

21          And that was present in Bolivia where he

22  placed -- where he placed Evo Morales, and -- and in --

23  in Argentina, Cristina Kirchner, in Ecuador, Rafael

24  Correa, and now in Colombia, we see it with Petro.  And

25  in all of those countries, Smartmatic was present in

1  executing -- or present with their machines for the

2  manipulation of votes in every country.

3           And also, President Chavez expressed and that

4  with their project -- in -- and that with their project,

5  one day, they would place a president in the United

6  States as well.  And that Smartmatic was also, together

7  with other companies, to be able to -- to be able to

8  place their election machines also in the United States.

9    Q.   I want to go back --

10          THE INTERPRETER:  Counsel?

11          MS. LAMBERT:  Yes.

12          THE INTERPRETER:  I'm sorry to interrupt.  When

13    you see fit for a comfort break --

14          MS. LAMBERT:  Do you need -- do you -- would

15    you like a break, sir?

16          THE INTERPRETER:  Yeah.  Whenever you see fit

17    for just two minutes, three minutes, just to use the

18    restroom.

19          MS. LAMBERT:  Sure.  Absolutely.  Would you

20    like to do that at this moment?

21          THE INTERPRETER:  Yes, I would.

22          MS. LAMBERT:  Yes.  Okay.  Thank you.

23          THE INTERPRETER:  Yes.

24          THE VIDEOGRAPHER:  The time --

25          THE INTERPRETER:  I just wanted to give you --

1    I just wanted to give you that --

2        MS. LAMBERT:  Thank you.  I appreciate that.

3        THE INTERPRETER:  Yes.

4        THE VIDEOGRAPHER:  The time is 9:49 a.m., and

5    we're going off the record.

6         (A recess was taken.)

7        THE VIDEOGRAPHER:  The time is 10:02 a.m., and

8    we are back on the record.

9        MS. LAMBERT:  Thank you.

10        BY MS. LAMBERT:

11    Q.   I'm going to go back for a second to -- there

12    were two types of meetings, the ones that took place in

13    secret or private, and the ones that were the meetings

14    that involved CNE, Smartmatic, and Smartmatic engineers,

15    okay?

16    A.   Okay.

17    Q.   Over the years, how often would the meetings

18    that were not in secret take place?

19    A.   Almost weekly, because they wanted to appear

20    to the world and Venezuela the transparency of the

21    electoral process, so that they always had the personnel

22    from Smartmatic, kind of, like giving faith that they

23    had the electoral system that was bulletproof.

24    Q.   Did you overhear conversations that involved

25    how Smartmatic intended to program its software?

1    A.  Initially, with the testing that was done for

2    President Chavez there, they spoke about how they're

3    going to develop the software.

4    Q.  And at any point in any of these

5    conversations, did it -- were you aware of involvement

6    from other countries other than Venezuela?

7    A.  Yes.  Chavez ordered that it should be China

8    -- the one to make the machine.  And he gave the

9    specific orders to make sure that the machine had -- in

10   case there was any cutoff of light, for it to have

11   batteries, and that it should be capable of operating

12   with given difficulties.

13        And if there were any problems with voter

14   transmissions -- and -- and he always mentioned that if

15   there was any issue -- and if there was any issue with

16   the transmission of the votes, to be in communication

17   with Iran and -- and Serbia, and he said that they could

18   help a lot in the technical support.

19   Q.  Were you aware of any Serbian involvement with

20   Smartmatic for CNE?

21   A.  I never witnessed it personally, but I did

22   hear Chavez mention Serbia and Iran, for them to have to

23   do with the transmission operation.

24   Q.  What do you mean by "transmission operation"?

25   A.  There was a moment to where the information

1    from the machine -- gathered and it was -- to a center

2    for totaling.  And if there was a problem with that

3    transmission, that the Serbians and the Iranians had the

4    capability to resolve those problems with the

5    transmission.

6        Q.   Did you overhear any conversations directing

7    anyone from Smartmatic to communicate with the Serbians

8    or the Iranians?

9        A.   Not exactly.

10       Q.   At some point, did you come to the United

11   States?

12       A.   I traveled to the United States with Chavez to

13   the United Nations Assembly.

14       Q.   And at any point, did you have any meetings

15   with the United States government?

16       A.   Not at that moment.

17       Q.   Okay.  What was your understanding of Chavez's

18   relationship with the U.S. government and congress?

19       A.   Chavez also -- always --

20          THE INTERPRETER:  Strike that.

21          THE WITNESS:  Chavez always mentioned the

22   democratic senators that were friends of the

23   Bolivian State, he would always say it like that.

24          And they said that they would always visit

25   Venezuela, but at that moment, they would always

1    meet with Nicolas Maduro, whom was the minister of

2    -- of relations of the exterior at that time.

3         BY MS. LAMBERT:

4     Q.   Do you recall any of the senators' names?

5     A.   Not exactly -- not exactly.  I do not

6    remember, but I do know that there were a lot that

7    visited Venezuela and met with Nicolas Maduro.

8     Q.   When Chavez was discussing the relationship

9    with the Serbians to support elections, did you overhear

10   any names?

11    A.   No.

12    Q.   Did you hear any Serbian names in any

13   conversations that involve Smartmatic and the elections?

14    A.   When they would name the Serbians, they would

15   say certain names, but I do not remember exactly.

16    Q.   Does the name Goran Obradovic sound familiar

17   to you?

18    A.   No, I do not remember.

19    Q.   Ranko Stojanovic?

20    A.   Ranko?

21    Q.   Ranko.

22    A.   That one sounds familiar.

23    Q.   Hugo Rodriguez?

24    A.   Sounds familiar to me.

25    Q.   Did you have any interviews with anyone from

1    the U.S. government at any point?

2        A.   Can you repeat the question?

3        Q.   Did you have any interviews with anyone from

4    the U.S. government at any point?

5        A.   No.

6        Q.   At some point, did you move to the United

7    States?

8        A.   Yes.  I arrived to the United States under the

9    protective program via the DEA -- of the Witness

10   Protective Program under the DEA.

11       Q.   And I don't want to go into that interview as

12   it relates to the DEA but -- and did you inform the DEA

13   at any point that you had information as it relates to

14   elections?

15       A.   Yes.  On many occasions, I told him that I had

16   a lot of information about the manipulation of the

17   elections in Venezuela, corruption in Venezuela, and the

18   countries that were involved.  All types of

19   relationships that Venezuela had with terrorist groups,

20   but they only emphasize that we should focus on topics

21   having to do with drugs that they did not care about

22   that information.

23       Q.   Did you inform them that Smartmatic and some

24   of the Smartmatic employees, to your knowledge, for

25   working in the United States?

1    A.   At that moment, I explained a little bit about

2    that, but they then told me to not go into depths of who

3    they were.  They did not want me to.

4    Q.   At some point, did you believe that you would

5    have an interview with a different government agency on

6    this topic?

7    A.   Yes, I -- yes.  I thought that I was going to

8    be contacted by the United States government to give

9    them information about the manipulation of the elections

10   and give them all of the information.  But throughout

11   the ten years that I have been in the United States, it

12   was not until last month that I informed the FBI about

13   all of that happenings with Smartmatic.

14   Q.   It -- I'm sorry.  Can you give me that

15   timeline again?  When you form -- informed the FBI?

16   A.   Last month, like around July 15th, was, I

17   think, when the meeting happened.  Where they first

18   asked me about the manipulation of the votes and

19   everything that I knew about Smartmatic.

20   Q.   And this was in 2025?

21   A.   Right.

22   Q.   Approximately how many years after you told

23   the U.S. government that you had information to provide?

24   A.   Since 2015, 2016, I was very insisting that

25   they should know about all of the information, but they

1    were not interested to know about this information.  In

2    fact, in 2020, in the presidential elections with Trump

3    and Biden, I was paying attention to all of the

4    information that all of the media was providing at that

5    moment at the time.  And I saw that almost the same

6    thing happened with my experience in Venezuela with the

7    manipulation of the votes, and I thought the same thing

8    happened.

9        Q.   Which election are you talking about?

10       A.   Of 2020, when it was Trump and Biden was the

11   candidate, and there, I was able to witness that without

12   any doubt there was a manipulation of votes, and the

13   same thing happened that they cut off -- that they cut

14   off the internet.  Then the internet came back on, and

15   the next day, some other results -- different results

16   were given.  And I gave an affidavit of a sworn

17   statement of everything that I had seen in the elections

18   of 2020.  But -- but during that time, ███████████ he

19   made a comment during that time.  He said that a member

20   of the Hugo Chavez's cabinet gave some statements about

21   the manipulation of the votes, ████████████████████

22   ████████████  And that was when, again, the agents from the

23   DEA, they called me, and they were very mad, and they

24   prohibited me from talking about the presidential

25   election.

1    Q.   Do you recall the names of the agents that

2    called you?

3    A.   Santiago.  Yes.  The name is Sandario and he's

4    retired now.

5    Q.   Is that his first name or last name; do you

6    remember?

7    A.   That was first -- first name.  Sandario

8    Gonzalez.

9    Q.   And had you spoken with Sandario Gonzalez

10    years ago when you had done your initial DEA interviews?

11    A.   Yes.  I would always speak to them throughout

12    the years about that, but I always said that they should

13    project that information to one of the government

14    agencies about -- about the manipulation of the votes,

15    about Smartmatic and the relationship with the

16    Venezuelan government, about the manipulation of the

17    Smartmatic votes.

18    Q.   At what point did you have a meeting set up to

19    give this proper or information related to elections?

20        THE INTERPRETER:  Information about -- what

21    again, Counsel?

22        MS. LAMBERT:  About the elections information

23    related to the elections to the U.S.

24        THE WITNESS:  No, never it was not until last

25    month that I exposed everything that I knew to the

1    FBI.

2        BY MS. LAMBERT:

3    Q.   Okay.  At this point, I just have two

4    photographs to show you, and then I'll turn it over to

5    the deputy.

6        THE INTERPRETER:  And at the --

7        MS. LAMBERT:  Yes.  This is labeled Exhibit

8    number 1.

9        (Exhibit 1 was marked for identification.)

10        BY MS. LAMBERT:

11    Q.   Does this individual look familiar to you?

12    A.   Yes.  Yes.  They look very familiar in some of

13    the meetings with Smartmatic, where they were talking

14    about the transparency of the elections in Venezuela.

15        MS. LAMBERT:  Okay.  I'm going to make this

16    Exhibit 1 part of this interview record.  And this

17    is labeled Exhibit 2.

18        (Exhibit 2 was marked for identification.)

19        BY MS. LAMBERT:

20    Q.   There's two individuals in this photograph.

21    Do either one of these individuals look familiar to you?

22    A.   They look -- they look familiar, but I am not

23    too sure.

24    Q.   Does one look more familiar than the other?

25    A.   This one seems more familiar than the other.

1    The other one seems familiar also, but with the glasses,

2    I am not able to see their eyes.

3        MS. LAMBERT:  You have to make this part as

4    well --

5        MR. ███████  I do.

6            EXAMINATION

7        BY MR. ███████:

8    Q.   Do you -- did they get a reward for successful

9    manipulation of the elections?

10    A.   If you look at Smartmatic records after they

11    consolidated in Venezuela.  In 2004, they gave -- they

12    gave Smartmatic power, and they started to grow.  And

13    that's -- and that's where you notice that they receive

14    a lot of funds to be able to grow their business

15    worldwide.  And they bought a company called Sequoia,

16    and they were very much related to the United States

17    elections, but they had a lot of problems with that

18    company.  So they resold it.

19            So they sold that company, and they made other

20    negotiations, and they have some direct relations with

21    Dominion.  And if you see how they projected all

22    throughout Latin America, and they did put up the

23    candidates that Hugo Chavez wanted, and Chavez always

24    said that they had some very good friends in the

25    Congress of the United States Democrats.  And he said

1    many times that in any moment now our project will be

2    consolidated in the United States, and I am pretty sure

3    the Smartmatic had something to do with the manipulation

4    of votes in the United States, and it is taking exactly

5    what Chavez had said in his time.

6        Q.   Earlier, you had indicated 100 million.  Was

7    that figure in U.S. currency or in Venezuelan currency?

8        A.   In American dollars.

9        Q.   And how did they acquire those American

10   dollars?

11       A.   Chavez would order Rafael Ramirez through the

12   State Oil Company to pay all of those amounts to

13   Smartmatic, but like I said, it was not just 100

14   million.  They would double that amount and then give

15   them whatever it was that they needed to create the

16   software.

17       Q.   Were there -- while you were working with Hugo

18   Chavez, did he have meetings related to the sale of oil

19   that was tied to pain Smartmatic?

20       A.   Not exactly, but he would order that the funds

21   come out of the state oil company from Venezuela.

22       Q.   All right.  Did Hugo Chavez or Maduro meet

23   with anyone from the World Economic Forum?

24       A.   I do not remember exactly.

25           MR. ███    All right.  Let's -- Sheriff, do

1    you have any questions?

2        MS. LAMBERT:  He's muted.  Sheriff, you're

3    muted.

4        MR. LEAF:  Yeah, I'm working on it.  Been in

5    here a lot of years in the United States, that, kind

6    of floors me.  I thought it was just months, but

7    anyhow.

8            EXAMINATION

9        BY SHERIFF LEAF:

10    Q.   You mentioned a lot of names here.  If you

11  were in my shoes, who would you put at the top of the

12  list?

13    A.   Responsible of everything.  Always President

14  Chavez, and then directly related after that would be

15  the engineers of Smartmatic, which would be Pinate,

16  Mugica, and that -- and that third one, and Sola.  In

17  reality, they are the ones that initiated that project.

18            REDIRECT EXAMINATION

19        BY MS. LAMBERT:

20    Q.   And the CNE was involved, correct?

21    A.   And Jorge Rodriguez, like a representative of

22  the CNA -- CNE, but like the right hand of Hugo Chavez.

23    Q.   Do you know if Jorge Rodriguez is related to

24  Hugo Rodriguez?

25    A.   I don't know if -- I don't know if they're

1   related, but physically they look much alike.  They have

2   the same last names, and it is possible that they are

3   family.

4        MR.████:  Do you know the name Lord Malik

5   Brown?

6        THE WITNESS:  No.

7        BY MS. LAMBERT:

8      Q.   Were you aware of anyone in any of these

9   meetings you attended going to China to have meetings?

10     A.   The order that was given from Chavez directly

11  to Mugica.  The order was that they had to fabricate.

12  They had to build -- that they had to build the machines

13  with Chinese factories, and that the Chinese government

14  already knew which were the designated factories for

15  that function.  And that's why President Chavez always

16  said that the Chinese government was one of their best

17  allies.

18        MS. LAMBERT:  I don't have any further

19   questions right now, sir.

20             RE-EXAMINATION

21        BY SHERIFF LEAF:

22      Q.   When you started talking about the senators,

23  were there any representatives from the federal

24  government that were involved in this -- pretty much the

25  senator.

1    A.  He would always mention congressmen and

2   senators that were from the government and the

3   Democrats.

4    Q.  But you don't have the names of them?

5    A.  No, I really do not remember the names.

6     MR. LEAF:  Thank you.

7         RE-EXAMINATION

8     BY DEPUTY █████████:

9    Q.  Do you recall anyone from China?

10   A.  No.  No, they were not directly in the

11  meetings.

12   Q.  Any meetings at foreign embassies?

13  A.  No.

14        FURTHER DIRECT EXAMINATION

15     BY MS. LAMBERT:

16   Q.  Do you recall anyone from Canada attending any

17  of the meetings?

18  A.  No.

19     MS. LAMBERT:  Anything further, Sheriff?

20     MR. LEAF:  No.  Thank you for this interpreter

21  here.  He was so much more clear.  Thank you.

22     MS. LAMBERT:  Thank you, everyone.

23     MR. ██████  Thank you.

24     THE VIDEOGRAPHER:  This concludes the

25  examination under oath of XXXXXX XXXXXXX.  The time

1    is 10:41 a.m.  And we're off the record.

2        MS. LAMBERT:  Madam Court Reporter, could I get

3    the exhibits for you to include with the transcript?

4        THE REPORTER:  Absolutely.  Did you need to

5    order the transcript today?

6        MS. LAMBERT:  Yes.  Thank you.

7        THE REPORTER:  Anybody else need to order

8    today?

9        MS. LAMBERT:  I'll provide it to everyone.

10        THE REPORTER:  Okay.  Perfect.  Thank you.

11        THE INTERPRETER:  Ms. Roberts, any names we've

12    got to go over?  Did -- pretty much spell out most

13    of them?

14        THE REPORTER:  I think we're okay on the names.

15    Thank you.

16         (Examination under oath concluded at 10:41

17          a.m. ET)

18

19

20

21

22

23

24

25

1                          CERTIFICATE OF OATH

2

3     STATE OF FLORIDA

4     COUNTY OF ██████████

5

6          I, the undersigned, certify that the witness in the

7     foregoing transcript ████████████████████████

8     was duly sworn.

9

10    Identification:  Produced Identification

11

12

13

14

15          _____

16          KIMBERLY ROBERTS

17          Court Reporter, Notary Public

18          State of Florida

19          Commission Expires: 09/22/2027

20          Commission Number: HH 408073

21

22

23

24

25

1         C E R T I F I C A T E

2

3     STATE OF FLORIDA)

4     COUNTY OF █████████)

5

6         I, KIMBERLY ROBERTS, Court Reporter and Notary

7     Public for the State of Florida at Large, do hereby

8     certify that I was authorized to and did report the

9     foregoing proceeding, and that said transcript is a true

10    record of the said proceeding.

11

12        I FURTHER CERTIFY that I am not of counsel for,

13    related to, or employed by any of the parties or

14    attorneys involved herein, nor am I financially

15    interested in said action.

16

17    Submitted on: August 22, 2025.

18

19

20

21

22    _____

23        KIMBERLY ROBERTS

24        Court Reporter, Notary Public

25