

Fact Sheets   Published October 18, 2024

# Backgrounder: Stefanie Lambert's criminal trial

Lambert, a Michigan-based attorney, is part of a network of attorneys that has challenged the legitimacy of the 2020 presidential election by pushing baseless conspiracy theories about voting machines.

Issue Areas

Share

IN THIS RESOURCE

## Introduction

Stefanie Lambert (aka Stefanie Lynn Junttila) is a licensed lawyer in Michigan. She first drew attention for her role in Michigan litigation seeking to overturn the 2020 election based on unfounded claims of widespread voter fraud. The courts swiftly rejected the claims and sanctioned the other attorneys involved, while Lambert avoided accountability.

Undeterred, Lambert continued to promote baseless conspiracy theories about the 2020 election and has been a central figure in multiple schemes to improperly access voting equipment in Michigan, Pennsylvania, and Georgia.

On Aug. 3, 2023, the Muskegon County Prosecutor unveiled charges against Lambert for her alleged involvement in a plot to gain illegal access to voting equipment in the wake of the 2020 election. The DA charged Lambert with four felonies which are punishable by up to five years in prison and a $1,000 fine:

- undue possession of a voting machine
- conspiracy to commit undue possession of a voting machine
- conspiracy to commit unauthorized access to a computer system
- willfully damaging a voting machine.

Lambert's criminal trial is set to begin on **Oct. 21, 2024,** in Oakland County Circuit Court.

## Allegations

Lambert is accused of orchestrating a scheme to illegally obtain sensitive voting equipment from multiple Michigan counties after the 2020 election. In March 2021, Lambert directed an unindicted co-conspirator to obtain tabulators from multiple Michigan jurisdictions and bring them back to Oakland County. The jurisdictions included:

- Irving Township in Barry County
- Lake City in Missaukee County
- Roscommon County
- Richfield Township in Genesee County

The machines were taken between hotel rooms and residences in Oakland County. Lambert and her co-defendants hired individuals with technical backgrounds to run tests on the machines. Lambert and her co-defendant, Matthew DePerno, were often present during these tests. In April 2021,

Lambert and others hired a videographer to film a test on an illegally obtained tabulator—which co-defendant Matthew DePerno later posted online. When the tabulators were eventually returned to clerks, it was evident that the security seals had been broken during the tests and one machine was "physically pried open and damaged." As a result of Lambert's actions, the machines were decertified and immediately removed from use.

## Trial procedures

A jury trial is set to begin on Oct. 21. After jury selection, the prosecution will present its case and then Lambert's defense will have their opportunity to respond. At this time, it is not clear how long the trial will take.

## Witnesses

The state's witness list includes personnel from Election Systems & Software (a voting machine company), the Secretary of State's office, the clerk's offices in Roscommon Township, Denton Township, and Markey Township, as well as several of Lambert's unindicted co-conspirators in the scheme, namely:

- Michael Lynch
- Ben Cotton
- Doug Logan

Lambert's witness list includes Dominion Voting Systems personnel and the Michigan Attorney General's office staff. The State has moved to strike many of Lambert's witnesses, arguing that only 9 of the 74 people she listed as witnesses have knowledge relevant to the case.

## Key filings and orders

- July 12, 2023: Declaratory Judgment regarding the interpretation of MCL 168.932(b) [undue possession of voting machines], the statute under

which Lambert is being prosecuted

Aug. 3, 2023: Special Prosecutor's Announcement of charges against Lambert

Feb. 20, 2024: Lambert's Witness List

March 8, 2024: Bench Warrant for Lambert's arrest after she failed to attend a court hearing

September 17, 2024: the State's Amended Trial Witness List

September 17, 2024: the State's 2nd Amended Exhibit/Evidence List

September 30, 2024: Lambert's Supplemental Witness List and Exhibit List

September 30, 2024: State's Motion to Strike Irrelevant Witnesses from Defendant's Witness List Dated 2/20/2024

## Other cases

On August 14, 2023, the **Fulton County, Georgia DA** charged Trump and 18 others for 2020 presidential election interference. Lambert is an unindicted co-conspirator in that case.

On March 8, 2024, **Michigan Attorney General Dana Nessel** announced Lambert's indictment for permitting an unauthorized computer examiner access to voter data, including non-public voter information, concerning the 2020 General Election.

On July 9, 2024, **Lawyers Defending American Democracy** filed a complaint for professional discipline against Lambert with the Michigan Grievance Commission. The complaint focuses on Lambert's misconduct in connection with her representation of Fulton County, Pennsylvania, where she facilitated multiple, illegal voting machine breaches, as well as her representation of Patrick Byrne in a defamation case brought by Dominion Voting Systems, where she leaked sensitive documents from Dominion, in violation of a court order.

## Resources

Oakland County Circuit Court Docket (Case No. 2023-285759-FH)

## Press coverage

CNN: Judge removes election-denying lawyer from Dominion defamation case for 'egregious misconduct' (Aug. 14, 2024)

The Guardian: Former US town clerk and her lawyer charged for allegedly accessing 2020 voter data in hunt for fraud (May 9, 2024)

American Oversight: Stefanie Lambert's Arrest Brings Renewed Attention to Her Election Denial Activities in Michigan (March 22, 2024)

The Detroit News: 'The Maestro': How a Michigan lawyer ascended on unproven claims of voter fraud (Nov. 19, 2023)

Bridge Michigan: Records: Michigan voting machines exchanged at mall, 'manipulated' in hotels (Aug. 11, 2023)

    

**STAY UP TO DATE WITH THE LATEST FROM STATES UNITED**

Email Address

SIGN UP

This is a joint website of the States United Democracy Center and States United Action. Learn More.

About     Careers     Contact     Donate     Media     People     Privacy Policy     Stay Connected

© 2025 States United Democracy Center. All Rights Reserved.

Made with ❤ by creatives with a conscience