IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25-cv-00425 STV

**TINA M. PETERS,** Applicant,

v.

**MOSES "ANDRE" STANCIL** in his official capacity as the Executive Director of the Colorado Department of Corrections, and **PHILIP J. WEISER**, in his official capacity as Attorney General of the State of Colorado, Respondents
_____

**[UNOPPOSED] MOTION TO CONTINUE HEARING SET FOR 10/20/25**
_____

Applicant Tina Peters, through counsel, requests that the Court reschedule the hearing on Respondents' Motions to Strike (ECFs 73 and 77), which are currently set for October 20, 2025, at 9:30 a.m. (ECFs 75 and 78).

**CERTIFICATION:** Counsel conferred concerning this motion. Respondents' counsel authorized the undersigned to state that Respondents TAKE NO POSITION on this motion.

GROUNDS FOR THE MOTION are that Mrs. Peters chose co-counsel John Case to argue the Motions to Strike. Mr. Case will be unavailable to appear in person or remotely from October 20 through October 24, 2025, due to his participation in an international ice hockey tournament in Burlington, Ontario,

Canada. Mr. Case examined the confidential witness that is the subject of the Motion to Strike (ECF 73), and it is essential that Mr. Case be present at the hearing. Lead counsel Peter Ticktin also is unavailable October 20-24, due to a previously planned vacation with his wife, daughter and grandchildren.

Counsel for Applicant and Respondents are both available to argue the Motion October 16, 17, 27, or 29.

WHEREFORE, if the Court has time available on its docket, Applicant prays that the Court re-reschedule the hearing on Respondent's Motions to Strike for October 16, 17, 27, or 29.

Respectfully Submitted October 7, 2025.

| | |
|---|---|
| Patrick M. McSweeney<br>Robert J. Cynkar<br>McSweeney, Cynkar & Kachouroff, PLLC<br>3358 John Hill Tree Road<br>Powhatan, VA 23139<br>(804) 937-0895<br>patrick@mck-lawyers.com | *s/ John Case*<br>John Case<br>John Case, P.C.<br>6901 S. Pierce St. #340<br>Littleton CO 80128<br>(303) 667-7407<br>brief@johncaselaw.com |

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
__/s/ Peter Ticktin_____
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
Serv512@LegalBrains.com
*Co-counsel for Applicant Tina M. Peters*

2

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on counsel of record via the email addresses that counsel registered with the Court's ECF system.

*s/ Linda Good*
