# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25-cv-00425 STV

**TINA M. PETERS,** Applicant,

      v.

**MOSES "ANDRE" STANCIL** in his official capacity as the Executive Director of the Colorado Department of Corrections, and **PHILIP J. WEISER**, in his official capacity as Attorney General of the State of Colorado, Respondents

_____

### MOTION TO TAKE JUDICIAL NOTICE OF SALE OF DOMINION VOTING SYSTEMS
_____

    At the hearing October 16, 2025, Applicant Tina Peters requests the Court to take judicial notice of the sale of Dominion Voting Systems Inc.

    GROUNDS FOR THIS MOTION ARE:

1. The Court may judicially notice a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. The Court may take judicial notice at any stage of the proceeding. The Court must take judicial notice if a party requests it and the court is supplied with the necessary information. FRE 201 (b)(2), (c), and (d).

2. The sale of Dominion Voting systems and its rebranding as Liberty Vote was reported on October 9, 2025, and can be verified from the following four news sources:

CNN  https://www.cnn.com/2025/10/09/politics/dominion-voting-systems-bought-election-ballots

NPR  https://www.npr.org/2025/10/11/nx-s1-5570868/analyzing-dominion-voting-systems-sale-to-firm-run-by-ex-republican-elections-official

The Hill  https://thehill.com/business/5547784-dominion-voting-systems-liberty-vote/

9 News  https://www.9news.com/article/news/politics/colorado-county-clerks-owner-dominion-voting-machines/73-4fdf50a0-ef1b-4bb9-a710-f4a5683b9315

3. The sale of Dominion is relevant because it is related temporally to the public exposure of Dominion by the confidential Venezuelan witnesses.

Respectfully Submitted October 15, 2025.

| | |
|---|---|
| Patrick M. McSweeney | *s/ John Case* |
| Robert J. Cynkar | John Case |
| McSweeney, Cynkar & Kachouroff, PLLC | John Case, P.C. |
| 3358 John Hill Tree Road | 6901 S. Pierce St. #340 |
| Powhatan, VA 23139 | Littleton CO 80128 |
| (804) 937-0895 | (303) 667-7407 |
| patrick@mck-lawyers.com | brief@johncaselaw.com |

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

  /s/ Peter Ticktin
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
Serv512@LegalBrains.com

*Co-counsel for Applicant Tina M. Peters*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on counsel of record via the email addresses that counsel registered with the Court's ECF system.

*s/ Linda Good*