IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 25-cv-00425-STV | Date:   October 16, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| TINA PETERS, | John McLean Case |
| Petitioner, | |
| v. | |
| PHILLIP J. WEISER and MOSES ANDRE STANCIL, | Lisa Kay Michaels |
| Respondents. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:**   2:01 p.m.
Court calls case.  Appearances of counsel.

This matter is before the Court regarding pending Motions [ECF Doc. No 73, 77, 83, 68].

Arguments by counsel.

**Court in recess:**   2:24 p.m.
**Court in session:**   2:30 p.m.

For the reasons stated on the record, it is:

**ORDERED:**   Respondents' Motions to Strike [ECF Doc. No 73 and 77] are **GRANTED**. The Notices [ECF Doc. No 70 and 76] are **STRICKEN**.

Petitioner's Motion to Take Judicial Notice of Sale of Dominion Voting Systems [ECF Doc. No 83] is **DENIED**.

The Motion to File Amicus Brief [ECF Doc. No 68] is **GRANTED**. The Court accepts the Proposed Amici Curiae Brief [ECF Doc. No 68-1].

HEARING CONCLUDED.

**Court in recess:**     2:43 p.m.
Total time in court:    00:36

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.