

Actual Patriots   ORANGE CO [illegible]
PM 3 L   [postmark]

TINA PETERS
DOC: 203512
LA VISTA CORRECTIONAL FACILITY
PO BOX 3
PUEBLO CO 81002

---

Hey Tina baby,

Welcome to the Hotel MAGAdonia. Do you need anything; tin foil for hats, a spoon to tunnel out, a magnetic mattress? We sure hope you aren't assaulted or raped in there. Then again, with your looks, it shouldn't be a problem. Sweet dreams, you Qtipped, fascist traitor.

#LockTrumpUp                    Matt 24:51



Actual Patriots    ORLANDO FL 328
▮▮▮▮▮▮▮▮▮▮    CT 2025 PM 4 L    1775 ★ 2025

TINA PETERS
DOC: 203512
LA VISTA CORRECTIONAL FACILITY
PO BOX 3
PUEBLO CO 81002

We true American patriots won't rest until every last one of you MAGA goons has been squashed like the seditious cockroaches that you are. That's not a threat, it's a promise. Buckle up, buttercup, American patriots will defeat Trump's MAGA fascism.

#LookTrumpUp                John 8:44

Actual Patriots
Box 8645
Christmas, FL 32709-8645

ORLANDO FL 328
SEP 2025 PM 4 L



1775 ★

TINA PETERS
DOC: 203512
LA VISTA CORRECTIONAL FACILITY
PO BOX 3
PUEBLO CO 81002

Good news, Tina baby. Mike Lindell lost his law suitses. Now the two of you can be cellmates! Too bad you never went to Epstein Isalnd to witness Trump's pedophilia. You could promise to lie about it in court and get deep state Donald to transfer you to a club Fed prison, like Jizzlaine Maxwell did. C U next Tuesday.

#86 47

John 8:44