Copy of grievance

Exhibit 1

11/20/25

It has repeatedly come to my attention that GED teacher [redacted] has been using his position to talk to his students about me and my case. His students have reported to me that he has showed in "powerpoint fashion" screenshots of the judge in my case, remarks on the TV and most recently commented on legal aspects of my case. I have respectfully gone to him personally and privately to ask him to stop. He refused. This morning at Medline one of his students [redacted] inserted herself to him and me about his right to talk to them about me. She escalated to the point Sgt. [redacted] had to tell her to stop. [redacted] did nothing to descalate the attacks against me. Back at my unit she continued to threaten me to the point other offenders had to call her off. [redacted] is using his position to incite other offenders against me. I don't feel safe. I would like him to immediately stop talking about me and my case.

Tina L. Pete