Exhibit 2

It has repeatedly come to my attention that GED teacher ████████ has been using his position to talk to his students about me and my case. He has reportedly showed screen shots on the TV of what the judge said and most recently commented on why "Trump can't pardon Tina Peters." Up until now I have tried to ignore his lack of professionalism and breach of offender privacy. Yesterday, because he keeps involving his class in my case I felt I needed to speak to him respectfully and ask him to please stop. I took the opportunity to speak to him privately when he and my teacher ████ were walking by my unit together as they are best friends. I told him I was coming to him personally instead of going to the "higher ups" to ask him to please stop. He became very indignant and expressed it was his right as a teacher to answer his students questions about my case. I could tell he was not going to honor my request to stop engaging his class in my affairs so I turned around to go back into my unit at which time he shouted that I "threatened him" When I asked what he was referring to he brought up when I said "out of respect I'm coming to you personally instead of taking this to the higher ups."

Exhibit 2

This morning at medline [redacted] was one of the CO's there. He regularlly cancells his GED classes to work as CO. He kept trying to intimidating me by staring and making comments which incited one of his students [redacted] to start yelling at me and saying that if I didn't want her teacher ([redacted]) to talk about me then I should tell the news to stop talking about me. She escalated all the way back to the unit while other inmates were telling her to stop and shut up to no avail. I have never grieved another co or person since I've been here even though there have been countless occassions to do so. But, this is threatening my security and vulnerability in this prison. Especially since there was never anything done before when threats against me. I feel that a person in authority like [redacted] is inciting violence against me in a place of his trust with students. I do not feel safe and he should not talk about any offender and their affairs to other offenders. I tried to respectfully and privately handle this with him but his indignation and unwillingness to stop has brought me here to ask for your help. He should be held accountable and asked to stop any further discussions about me and my case.