IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25-cv-00425 STV

TINA M. PETERS,

        Applicant,

v.

MOSES "ANDRE" STANCIL
in his official capacity as the
Executive Director of the Colorado
Department of Corrections, and
PHILIP J. WEISER, in his official
capacity as Attorney General of the
State of Colorado,

        Respondents.

_____

## **MOTION TO FILE EXHIBIT UNDER SEAL**

The Applicant Tina Peters, by and through her undersigned counsel, hereby moves this Court to file the attached Declaration of Truth of Marclyn Hoshiko UNDER SEAL.

GROUNDS FOR SEALING: The declaration contains private, personal, and sensitive medical information concerning a non-party elderly individual, specifically the 97-year-old mother of Applicant. Disclosure of this information on the public docket would violate her right to medical privacy and could expose her to

unnecessary distress or risk. No alternative means exist to protect the privacy interests at stake other than sealing the document.

WHEREFORE, the Applicant prays that the Court order the attached Declaration to be accepted under seal and maintained as restricted access under the Court's local rules.

Respectfully submitted November 30, 2025.


Patrick M. McSweeney                          *s/ John Case*
Robert J. Cynkar                              John Case
McSweeney, Cynkar & Kachouroff, PLLC          John Case, P.C.
3358 John Hill Tree Road                      6901 S. Pierce St. #340
Powhatan, VA 23139                            Littleton CO 80128
(804) 937-0895                                (303) 667-7407
patrick@mck-lawyers.com                       brief@johncaselaw.com


**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
   */s/ Peter Ticktin*
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
Serv512@LegalBrains.com


*Co-counsel for Applicant Tina M. Peters*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on counsel of record via the email addresses that counsel registered with the Court's ECF system.

*s/ Linda Good*