## DECLARATION OF TRUTH

I, Marclyn Hoshiko, acting under a valid Power of Attorney for Tina M. Peters, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. On November 29, 2025, I received a telephone call from Elizabeth Westbrook, the mother of Tina M. Peters. Ms. Westbrook informed me that she had lost her balance and fallen on November 28, 2025, at approximately 2:30 a.m.

2. Ms. Westbrook was transported to Carilion Roanoke Memorial Hospital, located at 1906 Belleview Ave SE, Roanoke, VA 24014.

3. At the hospital, she was diagnosed with:
   - A fractured hip in two places,
   - A fractured collarbone, and
   - Two broken ribs that punctured her lung, resulting in internal bleeding.

4. Following these injuries, Ms. Westbrook was placed on a ventilator and underwent emergency surgery on November 29, 2025.

5. Due to the severity of her injuries, Ms. Westbrook was admitted to the Intensive Care Unit (ICU), where she is being closely monitored, including for potential pneumonia related to the lung trauma.

6. On the morning of November 30, 2025, I personally contacted Carilion Roanoke Memorial Hospital by telephone to check on Ms. Westbrook's condition. Hospital staff confirmed to me that she remained hospitalized in the ICU, room 973.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Marclyn Hoshiko
*/s/ Marclyn Hoshiko*
Power of Attorney for Tina M. Peters