IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __1:25-cv-00425 STV

**TINA M. PETERS,** Applicant,

v.

**MOSES "ANDRE" STANCIL** in his official capacity as the Executive Director of the Colorado Department of Corrections, and **PHILIP J. WEISER**, in his official capacity as Attorney General of the State of Colorado, Respondents

---

**AMENDED EMERGENCY MOTION FOR COURT TO ISSUE EXPEDITED OPINION AND ORDER ON PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254**

---

Applicant Tina Peters, through undersigned counsel, respectfully moves this Court to issue an immediate opinion and order granting her release on bond pending appeal.

GROUNDS FOR THE MOTION are that on November 29, 2025 Mrs. Peters was notified that her 97-year-old mother suffered catastrophic, life-threatening injuries: a pelvis fractured in two places, multiple fractured ribs causing a punctured lung and internal bleeding, and a fractured collarbone.

Presently Mrs. Peters' mother is in Intensive Care Unit at an out-of-state hospital after undergoing emergency surgery.

In addition, the Court should be aware that during Mrs. Peters' initial arrest in 2022, she remained in the Mesa County Detention Facility for approximately thirty-seven hours. During that period, her father passed away. She was unable to be present with him or with her family. The prospect of now losing her mother—while still incarcerated as a result of proceedings that she contends violate her constitutional rights—would be an extraordinary and irreparable hardship.

Proof of hospitalization is in the Declaration of Marclyn Hoshiko (ECF 91-1) filed with the Motion to File Exhibit Under Seal (ECF 91).

This honorable court stated on October 16, 2025, that it would do its best to issue an expedited opinion and order; however, there was a government shutdown which has caused a backlog, and no order has been issued.

Mrs. Peters respectfully requests immediate release on bond pending her appeal to allow her to travel to be with her mother, whose condition is currently life-threatening given her age and the severity of her injuries.

Mrs. Peters has previously fully briefed the Court's authority to release her on bond and relies upon ECFs 1, 34, 44, 50, 55, 65, and 82.

WHEREFORE, Applicant prays that the Court will issue an immediate opinion and order for release on bond.

Respectfully Submitted November 30, 2025.

| | |
|---|---|
| Patrick M. McSweeney | *s/ John Case* |
| Robert J. Cynkar | John Case |
| McSweeney, Cynkar & Kachouroff, PLLC | John Case, P.C. |
| 3358 John Hill Tree Road | 6901 S. Pierce St. #340 |
| Powhatan, VA 23139 | Littleton CO 80128 |
| (804) 937-0895 | (303) 667-7407 |
| patrick@mck-lawyers.com | brief@johncaselaw.com |

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
   /s/ *Peter Ticktin*
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
Serv512@LegalBrains.com

*Co-counsel for Applicant Tina M. Peters*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy of same to be served on counsel of record via the email addresses that counsel registered with the Court's ECF system.

<u>s/ Linda Good</u>