IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00425-STV

TINA M. PETERS,

    Applicant,

v.

JOHN FEYEN; and
PHILIP J. WEISER,

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (ECF No. 92) by Magistrate Judge Scott T. Varholak entered on December 8, 2025, it is

ORDERED that that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [#1] is DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that this case is CLOSED.

Dated this 9th day of December, 2025.

                FOR THE COURT:
                JEFFREY P. COLWELL

                By: s/S. Price
                    S. Price, Deputy Clerk