Letter to U.S. District Court Judge Scott T. Varholak (Requesting Release Pending Habeas Adjudication)

From: Colleen Jennings

10609 Wenzel Ave

Kansas City, MO 64137

November 26, 2025

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2025

JEFFREY P. COLWELL
CLERK

The Honorable Chief Magistrate Judge Scott T. Varholak

U.S. District Court for the District of Colorado

Alfred A. Arraj United States Courthouse

901 19th Street

Denver, CO 80294

Re: Request for Release Pending Habeas Corpus Review—Tina Peters

Dear Judge Varholak,

I am writing to respectfully urge your consideration of release on bond or immediate release for Tina Peters pending adjudication of her federal habeas corpus petition.

Given the significant legal questions involved in her case and the serious consequences of prolonged incarceration, I believe allowing Ms. Peters to be released while her petition is fully reviewed aligns with principles of fairness and due process.

I respectfully ask that you grant her release or bonding as this matter proceeds through the federal courts, to ensure her rights are protected and to mitigate unnecessary hardship.

Thank you for your attention and consideration.

Sincerely,

Colleen Jennings

*[signature]*

Colleen Jennings
10609 Wenzel Ave
Kansas City, MO 64137

KANSAS CITY 640
4 DEC 2025 PM 3 L

80294-250151

The Honorable Chief Magistrate
Judge Scott T Varholak
US District Court for the District of Colorado
Alfred A. Arraj US Court House
901 19th St.
Denver, CO  80294

